# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **BARBARA BOBO,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **Civil Action No. CV-12-S-1930-NE** |
| ) | |
| **AGCO Corp.,** *et al.*, ) | |
| ) | |
| **Defendants.** ) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

In accordance with the Joint Stipulation of Dismissal filed by plaintiff and defendant Ford Motor Co.,[1] all claims asserted against defendant Ford Motor Co. are DISMISSED without prejudice. Costs are taxed as paid. Additionally, the motion to dismiss filed by Ford Motor Co. is DENIED as moot.[2]

This dismissal does not affect the claims asserted by plaintiff against defendants AGCO Corporation, CBS Corporation, CONOPCO, Inc., Consolidated Aluminum Corporation, Dana Companies, LLC, Metropolitan Life Insurance Company, Tennessee Valley Authority, and Unilever United States, Inc., all of which remain pending.

---

[1] Doc. no. 18.

[2] Doc. no. 9.

DONE this 22nd day of June, 2012.

_____
United States District Judge