FILED
 2012 Oct-01  AM 09:01
 U.S. DISTRICT COURT
 N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| **BARBARA BOBO,** )<br>)<br>**Plaintiff,** )<br>)<br>vs. )<br>)<br>**AGCO CORPORATION,** *et al.*, )<br>)<br>**Defendants.** )<br>) | Case No. CV-12-S-1930-NE |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

Pursuant to the joint stipulation of dismissal filed by plaintiff, Barbara Bobo, and defendant, AGCO Corporation ("AGCO"),[1] all claims asserted by plaintiff against defendant AGCO are due to be, and they hereby are, DISMISSED without prejudice. Costs are taxed as paid. This case remains pending against all other defendants.

DONE and ORDERED this 1st day of October, 2012.

_____
United States District Judge

---

[1] Doc. no. 44.