

FILED
2012 Nov-27  AM 11:53
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHWESTERN DIVISION

| | |
|---|---|
| **BARBARA BOBO,** | ) |
| **Plaintiff,** | ) |
| vs. | ) Case No. CV-12-S-1930-NE |
| **AGCO CORPORATION,** *et al.*, | ) |
| **Defendants.** | ) |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

In accordance with the joint stipulation of dismissal filed by plaintiff, Barbara Bobo, and defendants Conopco, Inc. ("Conopco") and Unilever United States, Inc. ("Unilever"),[1] all claims asserted by plaintiff against defendants Conopco and Unilever are due to be, and they hereby are, DISMISSED without prejudice. Costs are taxed as paid.

This case remains pending against all other defendants.

DONE and ORDERED this 27th day of November, 2012.

_____
United States District Judge

---

[1] Doc. no. 47 (Joint Motion to Dismiss).