FILED
2013 Mar-12  PM 03:57
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHWESTERN DIVISION

| | |
|---|---|
| BARBARA BOBO,                      ) | |
|     Plaintiff,              ) | |
| vs.                                              ) | Case No. CV-12-S-1930-NE |
| AGCO CORPORATION, *et al.*,  ) | |
|     Defendants.        ) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

In accordance with the joint stipulation of dismissal filed by plaintiff and defendant CBS Corporation, a Delaware corporation, formerly known as Viacom, Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, formerly known as Westinghouse Electric Corporation ("Westinghouse"),[1] all claims asserted by plaintiff against defendant Westinghouse are due to be, and they hereby are, DISMISSED without prejudice.  Costs are taxed as paid.

This case remains pending against all other defendants.

DONE and ORDERED this 12th day of March, 2013.

                                                    _____
                                                    United States District Judge

---

[1] Doc. no. 60 (Joint Stipulation of Dismissal).