FILED

2013 Mar-14  AM 10:45
U.S. DISTRICT COURT
N.D. OF ALABAMA



# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
## NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **BARBARA BOBO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Case No. CV-12-S-1930-NE** |
| | ) | |
| **AGCO CORPORATION,** *et al.***,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

## ORDER DISMISSING FEWER THAN ALL DEFENDANTS

In accordance with the joint stipulation of dismissal filed by plaintiff and defendant Dana Companies, LLC, formerly known as Dana Corporation ("Dana"),[1] all claims asserted by plaintiff against defendant Dana are due to be, and they hereby are, DISMISSED without prejudice.  Costs are taxed as paid.

This case remains pending against all other defendants.

DONE and ORDERED this 14th day of March, 2013.

_____
United States District Judge

---

[1] Doc. no. 62 (Joint Stipulation of Dismissal).