FILED
2014 Apr-18  AM 09:27
U.S. DISTRICT COURT
N.D. OF ALABAMA

## IN THE DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ALABAMA
### Northeastern Division

| | |
|---|---|
| MELISSA ANN BOBO and SHANNON JEAN COX, Individually and as Co-Administrators of the Estate of BARBARA BOBO, deceased, )))))) | |
| Plaintiffs, ) | C.A. NO. 5:12cv01930-CLS |
| ) | |
| v. ) | |
| ) | Jury Demand |
| TENNESSEE VALLEY AUTHORITY, ) | |
| ) | |
| Defendant. ) | |

### PLAINTIFF'S OBJECTIONS TO DEFENDANT TENNESSEE VALLEY AUTHORITY'S FINAL PRETRIAL DISCLOSURE OF EXHIBITS

NOW COME Plaintiffs, and hereby make their objections to Defendant Tennessee Valley Authority's Final Pretrial Disclosure of Exhibits as required by Fed. R. Civ. P. 26 and/or the Court's Scheduling Order.

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| **Plaintiff's Claims Submissions to Asbestos Bankruptcy** | | | | |
| 001 | Asbestos-Related Personal Injury Proof of Claim Form - Amatex Trust Claim Facility (Barbara Bobo) | Simon Greenstone 00002 | Simon Greenstone 00065 | Plaintiffs object to Exhibits 001-018 as irrelevant under Federal Rule of Evidence 402. The fact that Plaintiff made claims against other entities for asbestos exposure is not itself relevant; any relevance to the claims is limited to the allegations of exposure contained in the affidavits executed by Barbara Bobo that constitute TVA Exhibits 19-27. Plaintiffs also object to TVA Exhibits 1-18 as cumulative under Rule 403. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 002 | USG Asbestos Personal Injury Settlement Trust Proof of Claim Form (AP Green - Barbara Bobo) | Simon Greenstone 00066 | Simon Greenstone 00076 | See prior objection. |
| 003 | ASARCO Asbestos Personal Injury Settlement Trust Claim Form (Barbara Bobo) | Simon Greenstone 00077 | Simon Greenstone 00090 | See prior objection. |
| 004 | Armstrong World Industries, Inc. Asbestos Personal Injury Settlement Trust Proof of Claim Form (Claim number 10527220 - Barbara Bobo) | Simon Greenstone 00091 | Simon Greenstone 00115 | See prior objection. |
| 005 | Babcock & Wilcox Company Asbestos Personal Injury Settlement Trust Proof of Claim Form (Claim Number 2506280 - Barbara Bobo) | Simon Greenstone 00116 | Simon Greenstone 00126 | See prior objection. |
| 006 | Celotex Asbestos Settlement Trust Individualized Review Claim Form (Claim # 1343553 - Barbara Bobo) | Simon Greenstone 00127 | Simon Greenstone 00138 | See prior objection. |
| 007 | EPI Asbestos Settlement Trust, Claims Processing Facility Original Submitted Claim View, Efile2 (Confirmation Number: E1279899 - Barbara Bobo) | Simon Greenstone 00139 | Simon Greenstone 00141 | See prior objection. |
| 008 | Owens Corning/Fiberboard Asbestos Personal Injury Trust Proof of Claim Form (Claim Number: 11544866 - Barbara Bobo) | Simon Greenstone 00142 | Simon Greenstone 00165 | See prior objection. |
| 009 | Federal-Mogul Asbestos Personal Injury Trust Proof of Claim Form (Claim Number: 31146109 - Barbara Bobo) | Simon Greenstone 00166 | Simon Greenstone 00198 | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 010 | G-I Holdings Inc. Asbestos Personal Injury Settlement Trust Claim Form (Claim ID: 3224372 - Barbara Bobo) | Simon Greenstone 00199 | Simon Greenstone 00213 | See prior objection. |
| 011 | H.K. Porter Asbestos Trust Claim Form (Claim ID: 3223720 - Barbara Bobo) | Simon Greenstone 00214 | Simon Greenstone 00228 | See prior objection. |
| 012 | Johns-Manville Asbestos Settlement Trust -2002 TDP CDT Summary (Claimant ID: 1167385 - Barbara Bobo) | Simon Greenstone 00229 | Simon Greenstone 00230 | See prior objection. |
| 013 | KACC Asbestos PI Trust Claim Form (Claim ID 3223729 - Barbara Bobo) Barbara Bobo) | Simon Greenstone 00231 | Simon Greenstone 00244 | See prior objection. |
| 014 | Keene Creditors Trust, CPF Efile2 (Claim number: 402239 - Barbara Bobo) | Simon Greenstone 00245 | Simon Greenstone 00246 | See prior objection. |
| 015 | Owens Corning/Fiberboard Asbestos Personal Injury Trust Proof of Claim Form (Claim Number: 12534606 - Barbara Bobo) | Simon Greenstone 00247 | Simon Greenstone 00265 | See prior objection. |
| 016 | Raytech Asbestos Personal Injury Settlement Trust, CPF Efile (Claim number: 117269 - Barbara Bobo) | Simon Greenstone 00266 | Simon Greenstone 00267 | See prior objection. |
| 017 | Shook and Fletcher Asbestos Settlement Trust, Claims Details (Injured Party ID: 1000091038 - Barbara Bobo) | Simon Greenstone 00268 | Simon Greenstone 00268 | See prior objection. |
| 018 | Summary of Plaintiff Barbara Bobo's Claims to Asbestos Bankruptcy Trusts | | | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| **Barbara Bobo's Affidavits Regarding Exposure to Asbestos Originating From Alabama Wire Plant** | | | | |
| 019 | Declaration of Barbara Bobo in Support of Claim Exposure to Amatex Corporation, Asbestos Related Products | ECF Doc. 118-1 at 1 | ECF Doc. 118-1 at 2 | |
| 020 | Declaration of Barbara Bobo in Support of Claim Exposure to A.P. Green Industries, Inc., Asbestos Related Products | ECF Doc. 118-1 at 3 | ECF Doc. 118-1 at 4 | |
| 021 | Declaration of Barbara Bobo in Support of Claim Exposure to Celotex Corporation, Asbestos Related Products | ECF Doc. 118-1 at 5 | ECF Doc. 118-1 at 6 | |
| 022 | Declaration of Barbara Bobo in Support of Claim Exposure to Gasket Holding, Inc., Flexitallic Gasket Company Asbestos Related Products | ECF Doc. 118-1 at 7 | ECF Doc. 118-1 at 8 | |
| 023 | Declaration of Barbara Bobo in Support of Claim Exposure to GAF Building Materials Corp, Asbestos Related Products | ECF Doc. 118-1 at 9 | ECF Doc. 118-1 at 10 | |
| 024 | Declaration of Barbara Bobo in Support of Claim Exposure to H.K. Porter Company, Inc., Asbestos Related Products | ECF Doc. 118-2 at 1 | ECF Doc. 118-2 at 2 | |
| 025 | Declaration of Barbara Bobo in Support of Claim Exposure to Kaiser Aluminum & Chemical Corporation, Asbestos Related Products | ECF Doc. 118-2 at 3 | ECF Doc. 118-2 at 4 | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 026 | Declaration of Barbara Bobo in Support of Claim Exposure to Keene Corporation, Asbestos Related Products | ECF Doc. 118-2 at 5 | ECF Doc. 118-2 at 6 | |
| 027 | Declaration of Barbara Bobo in Support of Claim Exposure to Raymark Industires[sic]/ Raymark Corporation, Asbestos Related Products | ECF Doc. 118-2 at 7 | ECF Doc. 118-2 at 8 | |
| 028 | Summary of Barbara Bobo Affidavit Testimony Regarding Her Exposure to Asbestos Originating From Alabama Wire Plant During Period 1965 to 197 | | | Plaintiff objects to TVA Exhibit 028 because the information purportedly summarized is not so voluminous as to require a summary and the identity of the witness who prepared the summaries (and can be cross-examined regarding their content) has not been identified.  Plaintiff reserves the remainder of her objections to TVA Exhibit 28 until such time as she has had an opportunity to review the purported summary. |
| **Miscellaneous** | | | | |
| 029 | Pls.' Original Pet. and Jury Demand, *Holcomb et al. v. Owens-Corning Fiberglas Corp.*, No. 94-09-5179-A (Dist. Ct. Cameron County, Texas Sept. 30, 1994) (ECF Doc. 123-1) | ECF Doc. 123-1 | | Plaintiff objects to TVA Exhibit 029 as irrelevant under Federal Rule of Evidence 402.  The fact that Plaintiff and Plaintiff's deceased husband made claims against other entities for Plaintiff's deceased husband's asbestos exposure is not itself relevant; any relevance to the claims is limited to the evidence of exposure and lack of safety precautions contained in the deposition of Mr. Bobo taken in that action. |
| 030 | Pl.'s Ans. to Def. TVA's First Set of Interrogs. (Jan. 14, 2013) | ECF Doc. 51 | | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|
| 031 | Pl.'s Ans. to Def. TVA's First Reqs. For Admis. with Exs. (June 3, 2013) | | |
| 032 | Pl.'s Ans. to Def. TVA's Second Set of Interrogs. (June 3, 2013) | | |
| 033 | Pl's Ans. To Def. TVA's Third Set of Interrogs. (Jan. 15, 2014) | | |
| 034 | Pls Ans to Def TVA's Fourth Set of Interrogs. (Mar 5, 2014) | | |
| 035 | Pls Resp to Def TVA's Second Request for Admissions (Mar 5, 2014) | | |
| 036 | Stipulation | ECF Doc. 27 | |
| 037 | Stipulations Regarding Plaintiffs' Final Medical Expenses Damages Claim for Purposes of Trial | ECF Doc. 180 | |
| 038 | Probate Records, Estate of Barbara J. Bobo, Lauderdale County, Alabama Probate Court, Docket No. 20091 | | |
| 039 | Pl.'s Ans. to Interrogs. Directed to Pls. by all Defs. and Resp. to Reqs. For Produc., with attached Work History Sheet - Barbara Bobo *In re Asbestos Litig.,* C.A. No. N12C-01-181 ASB (Sup. Ct. New Castle County, Delaware) (Feb. 24, 2012) | | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 040 | Appendix 8 to Report of Victoria Wells Wulsin, MD, DrPH | ECF Doc. 93-9 at 3 | ECF Doc. 93-9 at 3 | |
| 041 | Curriculum Vitae, Martin D. Barrie, J.D., Ph.D. | | | |
| 042 | Curriculum Vitae for Terence Andrew Douglas, CIH, CSP | | | |
| 043 | Curriculum Vitae for Marc C. Scarcella | Scarcella Rep., Attach. 1 | | |
| 044 | Am. And Restate AWI, Inc. Asbestos Personal Injury Settlement TDP | Scarcella Rep., Attach. 3 | | Plaintiff objects to Exhibits 044-045 as irrelevant under Federal Rule of Evidence 402. Further, Plaintiff objects to this document as inadmissible hearsay, without foundation and is not properly authenticated. |
| 045 | First Am. NARCO Asbestos PI Settlement TDP | Scarcella Rep., Attach. 4 | | See prior objection |
| 046 | Scarcella Report, Tables 1, 2 and 3 | Scarcella Rep., Attach. 5 | | Plaintiff objects to TVA Exhibit 046 because the information purportedly summarized is not so voluminous as to require a summary. Moreover Plaintiff objects to TVA Exhibit 046 as cumulative to TVA Exhibits 001-021 and 044-046. |
| 047 | TVA Asbestos Monitoring Records - Browns Ferry Nuclear Plant | TVA-005205 | TVA-005243 | |
| **Policies and Procedures** | | | | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 048 | TVA Code VIII, Hazard Control | TVA- 000966 | TVA-000967 | |
| 049 | TVA Code VIII, Occupational Health and Safety | TVA- 000995 | TVA-000996 | |
| 050 | TVA Hazard Control Manual, Hazard Control Standard 407, "Asbestos" | TVA- 000986 | TVA-000994 | |
| 051 | TVA Occupational Health and Safety Manual Memorandum, "Initial Distribution" | TVA-001050 | TVA-001054 | |
| 052 | REV 1 | TVA-001055 | TVA- | |
| 053 | REV 2 | TVA-001071 | TVA- | |
| 054 | REV 3 | TVA-001076 | TVA- | |
| 055 | REV 4 | TVA-001080 | TVA- | |
| 056 | REV 5 | TVA-001108 | TVA- | |
| 057 | REV 6 | TVA-001113 | TVA- | |
| 058 | REV 7 | TVA-001126 | TVA- | |
| 059 | REV 8 | TVA-001133 | TVA- | |
| 060 | REV 9 | TVA-001253 | TVA- | |
| 061 | REV 10 | TVA-001348 | TVA- | |
| 062 | REV 11 | TVA-001389 | TVA- | |
| 063 | REV 12 | TVA-001439 | TVA- | |
| 064 | Memorandum, "TVA Policy on Asbestos" | TVA-002226 | TVA- | |
| 065 | Nuclear Generation Branch Safety and Hazard Control Manual DPM N7872 HM1 – "Asbestos" Manual, DPM N7872, HM1 Asbestos | TVA-002965 | TVA-002966 | |
| 066 | Revised HM1 – "Asbestos" | TVA-023362 | TVA- | |
| 067 | Browns Ferry Nuclear Plant Standard Practice 14.45, "Asbestos" | TVA-002425 | TVA-002426 | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 068 | REV 1 | TVA-002427 | TVA- | |
| 069 | REV 2 | TVA-002432 | TVA- | |
| **Third Party Payments and Satisfactions of Plaintiff's Medical Expenses** | | | | |
| 070 | Brigham & Women's Hospital Billing Records | Brigham & Women's Hospital Billing-00001 | Brigham & Women's Hospital Billing-00005 | Plaintiff objects to TVA Exhibits 070-081 as violative of Alabama's collateral source rule. |
| 071 | Edward F. Crockett, III. M.D. Billing Records | Edward F. Crockett, III, M.D. Billing-00001 | Edward F. Crockett, III, M.D. Billing-00006 | See prior objection. |
| 072 | Eliza Coffee Memorial Hospital Billing Records | Eliza Coffee Memorial Hospital and ECM East Diagnostic & Rehab Center Billing-00001 | Eliza Coffee Memorial Hospital and ECM East Diagnostic & Rehab Center Billing-00016 | See prior objection. |
| 073 | Eliza Coffee Memorial Hospital Billing Records (May 1, 2013) | Eliza Coffee Memorial Hospital Billing (05/01/2013) 00018 | Eliza Coffee Memorial Hospital Billing (05/01/2013) -00019 | See prior objection. |
| 074 | Family Practice Associates Billing Records | Family Practice Associates Billing-00001 | Family Practice Associates Billing-00004 | See prior objection. |
| 075 | Felix Morris, M.D., LLC Billing Records | Felix Morris, M.D., LLC Billing-00001 | Felix Morris, M.D., LLC Billing-00002 | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 076 | Northwest Alabama Cancer Center, P.C. Billing Records | Northwest Alabama Cancer Center, P.C. Billing–00001 | Northwest Alabama Cancer Center, P.C. Billing–000011 | See prior objection. |
| 077 | Southern Diagnostic Laboratories Billing Records | Southern Diagnostic Laboratories Billing-00001 | Southern Diagnostic Laboratories Billing-00012 | See prior objection. |
| 078 | Tennessee Valley Gastroenterology, LLC Billing Records | Tennessee Valley Gastroenterology, LLC Billing-00001 | Tennessee Valley Gastroenterology, LLC Billing-00001 | See prior objection. |
| 079 | Tennessee Valley Surgical Group, P.C. Billing Records | Tennessee Valley Surgical Group, P.C. Billing-00001 | Tennessee Valley Surgical Group, P.C. Billing-00002 | See prior objection. |
| 080 | Plaintiff's Damages Claim-Medical Expenses and Third Party Payments and Satisfactions of Medical Expenses | TVA-030001 | TVA-030002 | See prior objection. |
| 081 | Medical Records provided by Plaintiffs on Jan 15, 2014 and Mar 5, 2014 | | | See prior objection. |
| 082 | Garretson Resolution Group records including billing information provided to and received from MSPRC and from Simon Greenstone | | | Plaintiff objects to TVA Exhibits 082 as violative of Alabama's collateral source rule.  Plaintiff further objects to TVA Exhibit as lacking foundation and inadmissible hearsay |
| **Photographs** | | | | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 083 | Aerial Photograph of 121 Tulane Court, Florence, Alabama | Douglas Rep. at Figure 1[1] | | Plaintiff objects to TVA Exhibits 083-090 as irrelevant under Federal Rule of Evidence 402. There has been no evidence that any of the materials depicted in these photographs contained any asbestos. |
| 084 | Photograph of original Barbara's Beauty Salon | Douglas Rep. at Figure 2 | | See prior objection. |
| 085 | Photograph of single hair dryer located in original Barbara's Beauty Salon | Douglas Rep. at Figure 3 | | See prior objection. |
| 086 | Photograph of three hair dryers located in main floor of new salon | Douglas Rep. at Figure 4 | | See prior objection. |
| 087 | Photograph of two mobile hair dryers in restroom of new salon | Douglas Rep. at Figure 5 | | See prior objection. |
| 088 | Photographs of broken gray vinyl tile and underlying mastic behind water heater in Plaintiff's laundry room | Douglas Rep. at Figure 6 | | See prior objection. |
| 089 | Photograph of insulation around pin in interstitial space of drywall in Plaintiff's laundry room | Douglas Rep. at Figure 7 | | See prior objection. |
| 090 | Photograph of insulation around electrical wire attached to the stud inside the interstitial space of the drywall in Plaintiff's residence. | Douglas Rep. at Figure 8 | | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 091 | Aerial Photographs of Browns Ferry Facility | | | Plaintiff objects to TVA Exhibit 91 to the extent it lacks foundation and has not been properly authenticated. |
| **TVA Employment Records** | | | | |
| 092 | James Bobo TVA Employment Records | TVA-000001 | TVA-000431 | |
| 093 | Jimmy Myhan TVA Employment Records | TVA-000432 | TVA-000965 | |
| 094 | Summary of James Bobo TVA Employment Record | | | Plaintiff objects to TVA Exhibits 094 - 097 because the information purportedly summarized is not so voluminous as to require a summary and the identity of the witness who prepared the summaries (and can be cross-examined regarding their content) has not been identified. Plaintiff reserves the remainder of her objections to TVA Exhibits 94-97 until such time as she has had an opportunity to review the purported summary. |
| 095 | Summary of Jimmy Myhan TVA Employment Records | | | See prior objection. |
| 096 | Summary of James Bobo TVA Foreman Employment History | | | See prior objection. |
| 097 | Summary of James Bobo and Jimmy Myhan TVA Employment Records | | | See prior objection. |
| 098 | TVA Job Descriptions | TVA-024272 | TVA-024298 | |
| 099 | TVA Job Descriptions | TVA-024311 | TVA-024321 | |
| **Articles and Reference Materials** | | | | |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 100 | Agency for Toxic Substances and Disease Registry, *Toxicological profile for asbestos* (Sept. 2001) | | | Plaintiff objects to the admission of these articles and reference materials as substantive evidence pursuant to, inter alia, Federal Rule of Evidence 802.  However, this type of material can certainly be relied upon by a qualified expert to derive opinions supported by the facts of this case. |
| 101 | Carugno M., et al., *Asbestos exposure among hairdressers*, Lettere in Redazione, 103(1); 70-71 (2012) | | | See prior objection. |
| 102 | Donovan E., et al., *Evaluation of take home (para-occupational) exposures to asbestos and disease: a review of the literature*, Critical Reviews in Toxicology, 42(9): 703-731 (2012) | ECF Doc. 130-1 at 1 | ECF Doc. 130-1 at 29 | See prior objection. |
| 103 | Fontaine J., et al, *Asbestos Control in Steam-Electric Generating Plants*, American Industrial Hygiene Association Journal, 36:2:126-130 (1975) | | | See prior objection. |
| 104 | Gibbs G., et al., *Mesothelioma and asbestos*, Regulatory Toxicology and Pharmacology, 52:S223-S231 (2007) | | | See prior objection. |
| 105 | Goswami, E., *Domestic Asbestos Exposure: A Review of Epidemiologic and Exposure Data*, Int. J. Environ. Res. Public Health, 10:5629-5670 (2013) | | | See prior objection. |
| 106 | Haber S., et al., *Malignant Mesothelioma: A Clinical Study of 238 Cases*, Industrial Health, 49:166-172 (2011) | | | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 107 | Health and Safety Laboratory, *Asbestos emission tests in salon hood-style hairdryers*, HSL/2006/114 (2006) | | | See prior objection. |
| 108 | Hillerdal, G., *Mesothelioma: cases associated with non-occupational and low dose exposures*, Occupational Environmental Medicine, 56:505-513 (1999) | ECF Doc. 135-7 at 1 | ECF Doc. 135-7 at 9 | See prior objection. |
| 109 | Hodgson J.T., et al., *The quantitative risks of mesothelioma and lung cancer in relations to asbestos exposures*. Ann. Occup. Hyg., 44(8):565-601 (2000). | | | See prior objection. |
| 110 | Kant S., et al., Malignant pleural mesothelioma without asbestos exposure with distant metastasis in a peripheral lymph node: A case Report. Lung India, 25(1):31-33 (2009) | | | See prior objection. |
| 111 | Marchevsky A., Application of immunohistochemistry to the diagnosis of malignant mesothelioma, Arch Pathol. Lab. Med., 132: 397-401 (2008) | | | See prior objection. |
| 112 | Marchevsky A., et al., Mesothelioma in patients with nonoccupational asbestos exposures: An evidence-based approach to causation assessment, Annals of Diagnostic Pathology, 10:241-250 (2006). | | | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|
| 113 | Marinaccio A., et al., Analysis of latency time and its determinates in asbestos related malignant mesothelioma cases of the Italian register, European J. of Cancer, 43:2722-2728 (2007) | | See prior objection. |
| 114 | McDonald A., et. al., Epidemiology of Primary Malignant Mesothelial Tumors in Canada, Cancer, 26: 914-919 (1970) | | See prior objection. |
| 115 | McDonald A., et al., Malignant Mesothelioma in North America, Cancer, 46:1650–1656 (1980) | | See prior objection. |
| 116 | Moore A., et al., Malignant mesothelioma, Orphanet J. of Rare Diseases, 3:34 (2008) (11 pages) | | See prior objection. |
| 117 | Orenstein M., et al., Environmental asbestos exposure and mesothelioma [Neoplasms of the lung], Current Opinion in Pulmonary Medicine, Vol. 6(4):371-377 (2000) | | See prior objection. |
| 118 | Peto J., et al., Mesothelioma Mortality in Asbestos Workers: Implications for Models of Carcinogenesis and Risk Assessment, Br. J. of Cancer, 45:124-135 (1982) | | See prior objection. |

| DEF. EX. NO. | EXHIBIT | REFERENCE OR PRODUCTION NO. | | PLAINTIFFS' OBJECTIONS |
|---|---|---|---|---|
| 118 | Pira E., et al., First and subsequent asbestos exposures in relation to mesothelioma and lung cancer mortality. Br. J. of Cancer, 97:1300-1304 (2007) | | | See prior objection. |
| 119 | Tischoff I. et al., Pathological diagnosis and differential diagnosis, Recent Results Cancer Res., 189:57-78 (2011) | | | See prior objection. |
| 120 | Possible Threat to the Consumer Posed by Emission of Asbestos From Certain Hand-Held Electric Hair Dryers, Hearing before the Senate | | | See prior objection. |
| 121 | The Question of the Life and Health Threatening Danger of Asbestos in Hand-Held Hair Dryers, Hearing Before the House Subcommittee on Consumer Protection and Finance (Apr. 6, 1979) | | | See prior objection. |
| 122 | Geraci, C., et al., Testing of Hair Dryers for Asbestos Emissions, United States Department of Health, Education, and Welfare, NIOSH CPSC (Sept. 1979) | | | See prior objection. |
| 123 | American Industrial Hygiene Association, Guideline on Occupational Exposure Reconstruction (Viet, et al., eds., 2008) | ECF Doc. 130-2 at 1 | ECF Doc. 130-2 at 74 | See prior objection. |

Plaintiffs reserve their objections to all other evidence not specifically identified until an appropriate time.

Dated:  April 18, 2014			Respectfully submitted,

/s/ Charles E. Soechting, Jr.
Jay Steumke (*Pro Hac Vice*)
TX State Bar 24003019
Charles E. Soechting, Jr. (*Pro Hac Vice*)
TX State Bar 24044333
Attorney for Plaintiff
**Simon Greenstone Panatier Bartlett**
3232 McKinney Ave, Ste 610
Dallas, TX 75204
214-276-7680
jsteumke@sgpblaw.com
csoechting@sgpblaw.com

Rebekah McKinney
**Watson McKinney LLP**
203 Greene Street SE
Huntsville, AL 35801
256-536-7423
mckinney@watsonmckinney.com

**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2014, the foregoing was served via CM/ECF Electronic Filing on all counsel of record.

/s/ Charles E. Soechting, Jr.