FILED
2015 Sep-29 AM 10:50
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELISSA ANN BOBO and** | ) |
| **SHANNON JEAN COX, as** | ) |
| **Co-Personal Representatives of the** | ) |
| **Estate of Barbara Bobo, deceased,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| vs. | )   Civil Action No. CV 12-S-1930-NE |
| | ) |
| **TENNESSEE VALLEY** | ) |
| **AUTHORITY,** | ) |
| | ) |
| **Defendant.** | ) |

## JUDGMENT

In accordance with the memorandum opinion entered contemporaneously herewith, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that plaintiffs, Melissa Ann Bobo and Shannon Jean Bobo Cox, co-personal representatives of the Estate of Barbara Wear Bobo, deceased, have and recover of defendant, the Tennessee Valley Authority, the sum or amount of Three Million, Four Hundred Ten Thousand, Eight Hundred Thirty-Two and 56/100ths Dollars ($3,410,832.56), representing the aggregate amount of $547,008.93 for medical bills and $3,000,000 for mental anguish, physical pain and suffering, and loss of the enjoyment of life endured by plaintiffs' decedent, less an offset in the amount of $136,176.37 for settlements with various asbestos trusts, together with interest as allowed by law.

The parties are directed to file a joint statement within seven days following the entry of this judgment stating whether any additional settlements were reached by plaintiffs with any other asbestos bankruptcy trusts on any date after February 9, 2015, and, if so, the amount(s) of such settlement(s). If the parties' joint statement indicates than an amended judgment is necessary, one shall be entered *nunc pro tunc*.

The costs of this action are taxed to the defendant.

The Clerk is directed to close this file.

**DONE** and **ORDERED** this 29th day of September, 2015.

_____
United States District Judge