FILED

2015 Oct-26  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT B

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 438644 | 9/28/2012 | 171097 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

VIDEO SERVICES FOR THE DEPOSITION OF:
    Barbara Bobo

| | | | | |
|---|---|---|---|---|
| VIDEO ORIGINAL | 5.25 | @ | 125.00 | 656.25 |
| COURIER/FEDEX | | | 40.00 | 40.00 |
| MEDIA STOCK (MINI DV) | | | 20.00 | 20.00 |
| MPEG-1 | 0.67 Hours | @ | 75.00 | 50.25 |
| MILEAGE FEE | 262.00 | @ | 0.56 | 146.72 |

                     **TOTAL DUE >>>**      **$913.22**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 913.22 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | | | | |
|---|---|---|---|---|
| Job No. | : 171097 | BU ID | :DAL-VIDEO |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 438644 | Invoice Date | :9/28/2012 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
         **2777 N. Stemmons Freeway**
         **Suite #1025**
         **Dallas, TX 75207**

**PAYMENT WITH CREDIT CARD**   AMEX  DISCOVER  VISA

Cardholder's Name:
Card Number:
Exp. Date:                         Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 439894 | 10/8/2012 | 172476 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | |
|---|---|
| Barbara Bobo- Video Dep | 343.66 |
|     CONFERENCE ROOM FEE | |

**TOTAL DUE >>>**          **$343.66**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 343.66 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 172476 | BU ID | : DAL-CONF |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 439894 | Invoice Date | : 10/8/2012 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
     **2777 N. Stemmons Freeway**
     **Suite #1025**
     **Dallas, TX  75207**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                                   Phone#:

Billing Address:

Zip:                              Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 439573 | 10/17/2012 | 171096 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

ORIGINAL TRANSCRIPT OF:
    Barbara Bobo- Video Dep                                                    531.00

                                             **TOTAL DUE >>>**        **$531.00**

Reference No.   : 103189

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

|  |  |
|---|---|
| **(-) Payments/Credits:** | 531.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

---

**Tax ID:** 75-2912774                                Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.       : 171096              BU ID        : DAL-ASB
Case No.     : C.A. NO. 5:12CV01930-CLS
Case Name : Barbara Bobo v AGCO Corporation f/k/a Allis
                   Chalmers, et al
Invoice No.  : 439573              Invoice Date : 10/17/2012
**Total Due  : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
                **2777 N. Stemmons Freeway**
                **Suite #1025**
                **Dallas, TX 75207**

| **PAYMENT WITH CREDIT CARD**   AMEX  MASTERCARD  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                           Phone#: |
| Billing Address: |
| Zip:                       Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 439799 | 10/17/2012 | 172424 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

1 CERTIFIED COPY OF TRANSCRIPT OF:
   Barbara Bobo- Discovery

                                                                    290.90

                                    **TOTAL DUE >>>**         **$290.90**

Reference No.   : 103190

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

|  |  |
|---|---|
| **(-) Payments/Credits:** | 290.90 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774                                    Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 172424 | BU ID | : DAL-ASB |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 439799 | Invoice Date | : 10/17/2012 |

**Total Due  :  $ 0.00**

| **PAYMENT WITH CREDIT CARD**       AMEX  MASTERCARD  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                          Phone#: |
| Billing Address: |
| Zip:                   Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To: **Henjum Goucher Reporting Services LP**
             **2777 N. Stemmons Freeway**
             **Suite #1025**
             **Dallas, TX  75207**



# INVOICE

**FREEDOM**
FREEDOMREPORTING.COM
Phone:205-397-2397 Local • 877-373-3660 Toll Free

Rachel Perkins
Simon Greenstone Panatier Bartlett, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 143761 | 12/20/2012 | 113912 |
| **Job Date** | **Case No.** | |
| 12/6/2012 | 5:12-CV-01930-CLS | |
| **Case Name** | | |
| Barbara Bobo vs. Agco Corporation, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

REC'D DEC 27 2012

1 COPY OF TRANSCRIPT OF:

| | | |
|---|---|---|
| Jimmy Myhan | 137.00 Pages | 308.25 |
| Exhibit | 2.00 Pages | 0.70 |
| Condensed | | 10.00 |
| Depo Disk | | 15.00 |
| Conference Room Freedom Network | | 125.00 |
| Rough ASCII | 0.25 | 137.00 |
| Delivery - Ground-UPS | 137.00 Pages | 137.00 |
| | | 10.50 |

**TOTAL DUE >>>** $606.45

Reporter: Lori S. Warren

# INVOICE



Deposition and Litigation Services
www.hglitigation.com  1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 453758 | 1/24/2013 | 177955 |
| **Job Date** | **Case No.** | |
| 1/22/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Tennessee Valley Authority Corp Rep                                            126.70
    TELECONFERENCE CALL

                         **TOTAL DUE >>>**          **$126.70**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

                      **(-) Payments/Credits:**          126.70
                      **(+) Finance Charges/Debits:**          0.00
                      **(=) New Balance:**          **0.00**

**Tax ID:** 75-2912774                                    Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.    : 177955        BU ID    :DAL-TC
Case No.   : C.A. NO. 5:12CV01930-CLS
Case Name : Barbara Bobo v AGCO Corporation f/k/a Allis
           Chalmers, et al

Invoice No. : 453758       Invoice Date :1/24/2013
**Total Due : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
        **2777 N. Stemmons Freeway**
        **Suite #1025**
        **Dallas, TX 75207**



**PAYMENT WITH CREDIT CARD**          AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com     1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 455809 | 2/17/2013 | 177466 |
| **Job Date** | **Case No.** | |
| 1/22/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

ORIGINAL TRANSCRIPT OF:
    Christopher Jeter

                                                              926.55

                              **TOTAL DUE >>>**         **$926.55**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

                              **(-) Payments/Credits:**          926.55
                              **(+) Finance Charges/Debits:**      0.00
                              **(=) New Balance:**                 **0.00**

**Tax ID:** 75-2912774                              Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.      : 177466            BU ID      : DAL-ASB
Case No.     : C.A. NO. 5:12CV01930-CLS
Case Name    : Barbara Bobo v AGCO Corporation f/k/a Allis
               Chalmers, et al
Invoice No.  : 455809            Invoice Date : 2/17/2013
**Total Due  : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX 75207**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 460034 | 3/8/2013 | 180002 |
| **Job Date** | **Case No.** | |
| 2/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |

| **Payment Terms** |
|---|
| 3% Discount if Paid in 30 Days |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

VIDEO SERVICES FOR THE DEPOSITION OF:

Priscilla Carthen - Tennessee Valley Authority Corp Rep.

| | | | | |
|---|---|---|---|---|
| Mileage | | | 180.00 | 180.00 |
| VIDEO ORIGINAL - FIRST 2 HOURS | 2.00 | @ | 175.00 | 350.00 |
| VIDEO ORIGINAL - ADDITIONAL HOURS | 2.00 | @ | 125.00 | 250.00 |
| DIGITIZING | 2.00 | @ | 75.00 | 150.00 |
| Courier | | | 50.00 | 50.00 |
| MEDIA STOCK (MINI DV) | 3.00 | @ | 20.00 | 60.00 |

| **TOTAL DUE >>>** | **$1,040.00** |
|---|---|

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| (-) Payments/Credits: | 1,040.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| Job No. | : 180002 | BU ID | : DAL-VIDEO |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 460034 | Invoice Date | : 3/8/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX  75207**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 462253 | 3/21/2013 | 180956 |
| **Job Date** | **Case No.** | |
| 3/19/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

VIDEO SERVICES FOR THE DEPOSITION OF:
   Tennessee Valley Authority Corp. Rep.

| | | | | |
|---|---|---|---|---|
| Digitize | 1.50 | @ | 75.00 | 112.50 |
| VIDEO ORIGINAL - FIRST 2 HOURS | 2.00 | @ | 175.00 | 350.00 |
| VIDEO ORIGINAL - ADDITIONAL HOURS | | | 125.00 | 125.00 |
| COURIER/FEDEX | | | 50.00 | 50.00 |

                                          **TOTAL DUE >>>**        **$637.50**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| (-) Payments/Credits: | 637.50 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774                                    Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | | | |
|---|---|---|---|
| Job No. | : 180956 | BU ID | : DAL-VIDEO |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 462253 | Invoice Date | : 3/21/2013 |
| **Total Due** | **: $ 0.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX 75207**

# INVOICE



Deposition and Litigation Services

www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 460897 | 3/22/2013 | 180001 |
| **Job Date** | **Case No.** | |
| 2/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

---

ORIGINAL TRANSCRIPT OF:
    Tennessee Valley Authority Corp Rep. Video Dep                           776.50

           **TOTAL DUE >>>**          **$776.50**

Reference No.  : 103279

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 776.50 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

---

**Tax ID:** 75-2912774                                       Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 180001 | BU ID | : DAL-ASB |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 460897 | Invoice Date | : 3/22/2013 |
| **Total Due** | **: $ 0.00** | | |

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:               Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
           **2777 N. Stemmons Freeway**
           **Suite #1025**
           **Dallas, TX  75207**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 463829 | 3/27/2013 | 181551 |
| **Job Date** | **Case No.** | |
| 3/19/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

TELECONFERENCE CALL
   Tennessee Valley Authority Corp Rep. Video Dep                             41.34
      TELECONFERENCE CALL

                                       **TOTAL DUE >>>**       **$41.34**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

                                 **(-) Payments/Credits:**     41.34
                                 **(+) Finance Charges/Debits:**   0.00
                                 **(=) New Balance:**      **0.00**

---

**Tax ID:** 75-2912774                                     Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.    : 181551          BU ID     :DAL-TC
Case No.   : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
              Chalmers, et al

Invoice No.  : 463829          Invoice Date  :3/27/2013
**Total Due  : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | | Card Security Code: | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Henjum Goucher Reporting Services LP**
         **2777 N. Stemmons Freeway**
         **Suite #1025**
         **Dallas, TX 75207**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 464731 | 4/1/2013 | 181985 |
| **Job Date** | **Case No.** | |
| 3/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | |
|---|---|
| Tennessee Valley Authority Corp Rep. Video Dep<br>TELECONFERENCE CALL | 88.53 |

**TOTAL DUE >>>**    **$88.53**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 88.53 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | | | |
|---|---|---|---|
| Job No. | : 181985 | BU ID | : DAL-TC |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 464731 | Invoice Date | : 4/1/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX 75207**

| PAYMENT WITH CREDIT CARD    AMEX  MASTERCARD  VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:                    Phone#: |
| Billing Address: |
| Zip:                    Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 464752 | 4/2/2013 | 181646 |
| **Job Date** | **Case No.** | |
| 3/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

VIDEO SERVICES FOR THE DEPOSITION OF:
 Tennessee Valley Authority Corp Rep.

| | | | | |
|---|---|---|---|---|
| Digitize | 3.25 | @ | 75.00 | 243.75 |
| VIDEO ORIGINAL - FIRST 2 HOURS | 2.00 | @ | 175.00 | 350.00 |
| VIDEO ORIGINAL - ADDITIONAL HOURS | 3.00 | @ | 125.00 | 375.00 |
| MEDIA STOCK (MINI DV) | 4.00 | @ | 20.00 | 80.00 |
| Shipping & Tracking | | | 50.00 | 50.00 |

**TOTAL DUE >>>**    **$1,098.75**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| (-) Payments/Credits: | 1,098.75 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| Job No. | : 181646 | BU ID | : DAL-VIDEO |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 464752 | Invoice Date | : 4/2/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX  75207**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# CHRISTINA K. DECKER, RMR, CRR
Federal Official Court Reporter
3595 Highpoint Road
Albertville, Alabama 35950
(256) 506-0085
Tax ID 418216410


# INVOICE


TO:   JAY STUEMKE, ESQ.
      SIMON GREENSTONE PANATIER BARTLETT
      3232 MCKINNEY AVENUE, SUITE 610
      DALLAS, TEXAS 75204


Bobo vs. TVA


Transcript 5/20/13                          54 pages x  $.90   = $48.60


Total amount due:                                               $48.60


**Invoice due upon receipt**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 464578 | 4/10/2013 | 180957 |
| **Job Date** | **Case No.** | |
| 3/19/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

---

ORIGINAL TRANSCRIPT OF:
  John Carden - Tennessee Valley Authority Corp Rep.                                                464.30

                                                            **TOTAL DUE >>>**            **$464.30**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

                                            **(-) Payments/Credits:**           464.30
                                            **(+) Finance Charges/Debits:**        0.00
                                            **(=) New Balance:**                 **0.00**

---

**Tax ID:** 75-2912774                                      Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Job No.     : 180957              BU ID        : DAL-ASB
Case No.    : C.A. NO. 5:12CV01930-CLS
Case Name   : Barbara Bobo v AGCO Corporation f/k/a Allis
              Chalmers, et al
Invoice No. : 464578              Invoice Date  : 4/10/2013
**Total Due  : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX  75207**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 466294 | 4/26/2013 | 181645 |
| **Job Date** | **Case No.** | |
| 3/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

ORIGINAL TRANSCRIPT OF:
   Tennessee Valley Authority Corp Rep. Video Dep                                996.85

                                                        **TOTAL DUE >>>**          **$996.85**

Reference No.   : 8277

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

|  |  |
|---|---|
| (-) Payments/Credits: | 996.85 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774                                            Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Job No.      : 181645              BU ID      : DAL-ASB
Case No.     : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
                    Chalmers, et al

Invoice No. : 466294              Invoice Date : 4/26/2013
**Total Due  : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To: **Henjum Goucher Reporting Services LP**
                **2777 N. Stemmons Freeway**
                **Suite #1025**
                **Dallas, TX  75207**



# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 156879 | 6/19/2013 | 125272 |

| Job Date | Case No. |
|---|---|
| 5/30/2013 | 5:12-CV-01930-CLS |

| Case Name |
|---|
| Barbara Bobo vs. Agco Corporation f/k/qa Allis chalmers Company, et al. |

| Payment Terms |
|---|
| Due upon receipt |

**FREEDOM**
FREEDOMREPORTING.COM
Phone:205-397-2397 Local • 877-373-3660 Toll Free

Rachel Perkins
Simon Greenstone Panatier Bartlett, P.C.
3232 McKinney Avenue, Suite 610
Dallas, TX 75204

1 COPY OF TRANSCRIPT OF:
  Barbara Bobo
    Exhibit
    Condensed
    Depo Disk
    Delivery - Ground-UPS

80.00  Pages
325.00 Pages

180.00
113.75
10.00
15.00
10.50

1 COPY OF TRANSCRIPT OF:
  Shannon Cox

19.00  Pages

42.75

1 COPY OF TRANSCRIPT OF:
  Melissa Bobo

20.00  Pages

45.00

**TOTAL DUE >>>**    **$417.00**

Reporter: Tim Casey

Thank you for choosing Freedom ~ WE APPRECIATE YOUR BUSINESS! Invoice due upon receipt./MA

**Tax ID:** 20-2776665

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474982 | 6/17/2013 | 185892 |
| **Job Date** | **Case No.** | |
| 6/6/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Deposition and Litigation Services

www.hglitigation.com    1-888-656-DEPO (3376)

James Chase
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

Terence Douglas                                                                                      30.81
    TELECONFERENCE CALL

                                                    **TOTAL DUE >>>**          **$30.81**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

**Tax ID:** 75-2912774                                                          Phone: 865-632-4239   Fax:865-632-2422

*Please detach bottom portion and return with payment.*

James Chase
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

| Job No. | : 185892 | BU ID | : DAL-TC |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 474982 | Invoice Date | :6/17/2013 |
| **Total Due** | **: $ 30.81** | | |

Remit To: **Henjum Goucher Reporting Services LP**
          **2501 Oak Lawn Avenue**
          **Suite #600**
          **Dallas, TX 75219**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services, Inc.
www.hglitigation.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473307 | 6/4/2013 | 185494 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

RECD JUN 1 9 2013

Edward Meade
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

| | |
|---|---|
| Steve Brown | 17.94 |
|    TELECONFERENCE CALL | |
| **TOTAL DUE >>>** | **$17.94** |

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices. Thank you!

**Tax ID:** 75-2912774

Phone: 865-632-4239  Fax:865-632-2422

*Please detach bottom portion and return with payment.*

Edward Meade
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

| | | | |
|---|---|---|---|
| Job No. | : 185494 | BU ID | : DAL-TC |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 473307 | Invoice Date | : 6/4/2013 |
| **Total Due** | **: $ 17.94** | | |

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                          Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
**2501 Oak Lawn Avenue**
**Suite #600**
**Dallas, TX 75219**

# INVOICE



Deposition and Litigation Services

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473652 | 6/5/2013 | 185666 |
| **Job Date** | **Case No.** | |
| 5/31/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

RECD JUN 19 2013

Edward Meade
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

Dr. Martin Barrie                                                                                   37.44
    TELECONFERENCE CALL

                                                   **TOTAL DUE >>>**        **$37.44**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

**Tax ID:** 75-2912774

Phone: 865-632-4239   Fax: 865-632-2422

---

*Please detach bottom portion and return with payment.*

Edward Meade
Office of the General Counsel, Tennessee Valley
Authority
400 West Summit Hill Drive, WT 6A-K
Knoxville, TN 37902

Job No.   : 185666      BU ID   : DAL-TC
Case No.  : C.A. NO. 5:12CV01930-CLS
Case Name : Barbara Bobo v AGCO Corporation f/k/a Allis
              Chalmers, et al

Invoice No. : 473652       Invoice Date : 6/5/2013
**Total Due  : $ 37.44**

| PAYMENT WITH CREDIT CARD | | |
|---|---|---|
| Cardholder's Name: | | |
| Card Number: | | |
| Exp. Date: | Phone#: | |
| Billing Address: | | |
| Zip: | Card Security Code: | |
| Amount to Charge: | | |
| Cardholder's Signature: | | |

Remit To: **Henjum Goucher Reporting Services LP**
         **2501 Oak Lawn Avenue**
         **Suite #600**
         **Dallas, TX 75219**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com        1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473303 | 6/4/2013 | 185494 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| Steve Brown | | 39.39 |
|---|---|---|
| TELECONFERENCE CALL | | |
| | **TOTAL DUE >>>** | **$39.39** |

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

| (-) Payments/Credits: | 39.39 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| Job No. | : 185494 | BU ID | : DAL-TC |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 473303 | Invoice Date | :6/4/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX  75207**

**PAYMENT WITH CREDIT CARD**    AMEX  MASTERCARD  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473400 | 6/5/2013 | 185635 |
| **Job Date** | **Case No.** | |
| 6/4/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Wayne Palmer                                                                                           7.80
  TELECONFERENCE CALL

                                                             **TOTAL DUE >>>**          **$7.80**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| **(-) Payments/Credits:** | 7.80 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774                                    Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Job No.      : 185635          BU ID      : DAL-TC
Case No.     : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
                    Chalmers, et al

Invoice No.  : 473400                Invoice Date  : 6/5/2013
**Total Due   : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
                **2777 N. Stemmons Freeway**
                **Suite #1025**
                **Dallas, TX  75207**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473427 | 6/5/2013 | 185505 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | |
|---|---|---|
| Doug Mills | | 12.87 |
| TELECONFERENCE CALL | | |
| | **TOTAL DUE >>>** | **$12.87** |

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

| | |
|---|---|
| (-) Payments/Credits: | 12.87 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 185505 | BU ID | : DAL-TC |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 473427 | Invoice Date | : 6/5/2013 |
| **Total Due** | **: $ 0.00** | | |

## PAYMENT WITH CREDIT CARD      AMEX   MasterCard   VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX  75207**

# INVOICE



**Deposition and Litigation Services**
www.hglitigation.com   1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473653 | 6/5/2013 | 185666 |
| **Job Date** | **Case No.** | |
| 5/31/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

Dr. Martin Barrie                                                                                                35.88
   TELECONFERENCE CALL

**TOTAL DUE >>>**                      **$35.88**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| **(-) Payments/Credits:** | 35.88 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

---

**Tax ID:** 75-2912774                                                  Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | | | |
|---|---|---|---|
| Job No. | : 185666 | BU ID | : DAL-TC |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 473653 | Invoice Date | : 6/5/2013 |

**Total Due  :  $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX 75207**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473920 | 6/12/2013 | 185024 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

**hg.**
Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

ORIGINAL TRANSCRIPT OF:
Steve Brown

353.50

**TOTAL DUE >>>**               **$353.50**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| | |
|---|---|
| **(-) Payments/Credits:** | 353.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 185024 | BU ID | : DAL-ASB |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 473920 | Invoice Date | : 6/12/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX  75207**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:

Card Number:

Exp. Date:                    Phone#:

Billing Address:

Zip:                    Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473922 | 6/12/2013 | 185025 |
| **Job Date** | **Case No.** | |
| 5/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

ORIGINAL TRANSCRIPT OF:
  Frank Mecke                                                                442.90

                                              **TOTAL DUE >>>**        **$442.90**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

                                              **(-) Payments/Credits:**        442.90
                                              **(+) Finance Charges/Debits:**     0.00
                                              **(=) New Balance:**              **0.00**

**Tax ID:** 75-2912774                                Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Job No.      : 185025            BU ID    : DAL-ASB
Case No.     : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
                  Chalmers, et al
Invoice No.  : 473922            Invoice Date  : 6/12/2013
**Total Due  : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | | Phone#: | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Henjum Goucher Reporting Services LP**
              **2777 N. Stemmons Freeway**
              **Suite #1025**
              **Dallas, TX  75207**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474983 | 6/17/2013 | 185892 |
| **Job Date** | **Case No.** | |
| 6/6/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Terence Douglas                                                                                        32.37
   TELECONFERENCE CALL

                                                        **TOTAL DUE >>>**          **$32.37**

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

| | |
|---|---|
| **(-) Payments/Credits:** | 32.37 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774                                        Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

Job No.    : 185892              BU ID      : DAL-TC
Case No.   : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
                 Chalmers, et al
Invoice No. : 474983             Invoice Date : 6/17/2013
**Total Due  :  $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Henjum Goucher Reporting Services LP**
         **2777 N. Stemmons Freeway**
         **Suite #1025**
         **Dallas, TX  75207**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474709 | 6/19/2013 | 185026 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

ORIGINAL TRANSCRIPT OF:
    Wayne Palmer                                                                                    283.80

                                                            **TOTAL DUE >>>**              **$283.80**

Reference No.   : 33593

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web http://www.hglitigation.com for more information regarding Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

|  |  |
|---|---|
| **(-) Payments/Credits:** | 283.80 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 75-2912774                                   Phone: 214-276-7680    Fax:214-276-7699

---

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.    : 185026                 BU ID      : DAL-ASB
Case No.   : C.A. NO. 5:12CV01930-CLS
Case Name  : Barbara Bobo v AGCO Corporation f/k/a Allis
             Chalmers, et al
Invoice No. : 474709               Invoice Date : 6/19/2013
**Total Due  : $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX 75207**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474711 | 6/19/2013 | 185027 |
| **Job Date** | **Case No.** | |
| 5/29/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

ORIGINAL TRANSCRIPT OF:
  Doug Mills                                                                                          326.80

                                                      **TOTAL DUE >>>**            **$326.80**

Reference No.   : 33593

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG! Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

| (-) Payments/Credits: | 326.80 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | 0.00 |

---

**Tax ID:** 75-2912774                                        Phone: 214-276-7680    Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| Job No. | : 185027 | BU ID | : DAL-ASB |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 474711 | Invoice Date | : 6/19/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX 75207**



**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



Deposition and Litigation Services
www.hglitigation.com     1-888-656-DEPO (3376)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 474780 | 6/21/2013 | 184572 |
| **Job Date** | **Case No.** | |
| 5/31/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

ORIGINAL TRANSCRIPT OF:
   Dr. Martin Barrie

|  | 498.35 |
|---|---|
| **TOTAL DUE >>>** | **$498.35** |

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.  Thank you!

| (-) **Payments/Credits:** | 498.35 |
|---|---|
| (+) **Finance Charges/Debits:** | 0.00 |
| (=) **New Balance:** | **0.00** |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

---

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

Job No.     : 184572          BU ID     : DAL-ASB
Case No.    : C.A. NO. 5:12CV01930-CLS
Case Name   : Barbara Bobo v AGCO Corporation f/k/a Allis
              Chalmers, et al

Invoice No.  : 474780          Invoice Date  : 6/21/2013
**Total Due  : $ 0.00**

| **PAYMENT WITH CREDIT CARD** | AMEX | MASTERCARD | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |

Remit To: **Henjum Goucher Reporting Services LP**
**2777 N. Stemmons Freeway**
**Suite #1025**
**Dallas, TX 75207**

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 475261 | 6/23/2013 | 184573 |
| **Job Date** | **Case No.** | |
| 6/6/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

ORIGINAL TRANSCRIPT OF:
   Terence Douglas                                                                                   442.50

                                              **TOTAL DUE >>>**              **$442.50**

Reference No.   : 33598

If you have any questions on this invoice, please contact our Billing Department at 888-656-DEPO or email directly to
billing@hglitigation.com.

Go Green with HG!  Please contact our offices or visit us on the web  http://www.hglitigation.com for more information regarding
Paperless Transcripts and Direct Emailing of Invoices.   Thank you!

                                              **(-) Payments/Credits:**              442.50
                                              **(+) Finance Charges/Debits:**          0.00
                                              **(=) New Balance:**                     **0.00**

**Tax ID:** 75-2912774                                    Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Rachel Perkins- DO NOT USE
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 184573 | BU ID | : DAL-ASB |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 475261 | Invoice Date | : 6/23/2013 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
         **2777 N. Stemmons Freeway**
         **Suite #1025**
         **Dallas, TX  75207**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# AT&T TeleConference Services



ACCOUNT ID:     59044105-00001                    BILL DATE: FEB 01 2015
CUSTOMER:       ATTN: CHRISTI GALLOWAY            INVOICE #: 502-018878
                SIMON EDDINS & GREENSTONE LLP

## DETAIL OF SERVICE USAGE

| _____ITEM_____ | _QTY_ | _TYPE_ | _CONN_ | __MINUTES__ | __TOTAL__ |
|---|---|---|---|---|---|

### AUDIO / WEB DIAL-IN CONFERENCES    Bobo

```
CONFERENCE:    BRM1709
HOST NAME:     RACHEL MOUSSA
HOST NUMBER:   214-276-7680                    RESERVED MINUTES:      60
DATE/TIME:     01/29/2015   02:00pm            RESERVED CONNECTIONS:   5 DIAL-IN
```

| | | | | |
|---|---|---|---|---|
| 1. TOTAL DI TF | | 2 | 193 | 15.44 |
| SUBTOTAL | | 2 | 193 | 15.44 |
| UNIVERSAL CONNECTIVITY CHARGE | | | | 2.76 |
| ADMINISTRATIVE EXPENSE FEE | | | | 0.14 |
| PROPERTY TAX ALLOTMENT | | | | 0.52 |
| FEDERAL REGULATORY FEE | | | | 0.35 |
| TAXES | | | | 1.20 |
| TOTAL FOR | | | | |
| CONFERENCE ID: BRM1709 | | 2 | 193 | 20.41 |

## CALL TYPE CONFERENCE SUMMARY

| CALL TYPE | CONFERENCES | CONNECTIONS | MINUTES | CHARGES |
|---|---|---|---|---|
| RESERVED: | | | | |
| -Toll Free | 1 | 2 | 193 | 20.41 |
| | 1 | 2 | 193 | $20.41 |

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546592 | 2/5/2015 | 180002 |
| **Job Date** | **Case No.** | |
| 2/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

---

COPY OF VIDEO
   Priscilla Carthen - Tennessee Valley Authority Corp Rep.                              487.50

                         **TOTAL DUE >>>**     **$487.50**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

                         **(-) Payments/Credits:**     487.50
                         **(+) Finance Charges/Debits:**     0.00
                         **(=) New Balance:**     **0.00**

---

**Tax ID:** 75-2912774                                   Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| | | | |
|---|---|---|---|
| Job No. | : 180002 | BU ID | : DAL-VIDEO |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 546592 | Invoice Date | : 2/5/2015 |
| **Total Due** | **: $ 0.00** | | |

Remit To: **Henjum Goucher Reporting Services LP**
            **2777 N. Stemmons Freeway**
            **Suite #1025**
            **Dallas, TX 75207**

**PAYMENT WITH CREDIT CARD**    AMEX   MASTERCARD   VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:           Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Deposition and Litigation Services
www.hglitigation.com    1-888-656-DEPO (3376)

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546593 | 2/5/2015 | 171097 |
| **Job Date** | **Case No.** | |
| 9/25/2012 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

---

COPY OF VIDEO
   Barbara Bobo                                              276.56

               **TOTAL DUE >>>**     **$276.56**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days.  We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days.  You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation.  We appreciate your business!!

            **(-) Payments/Credits:**     276.56
            **(+) Finance Charges/Debits:**     0.00
            **(=) New Balance:**     **0.00**

---

**Tax ID:** 75-2912774                              Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX  75204

| | | | |
|---|---|---|---|
| Job No. | : 171097 | BU ID | : DAL-VIDEO |
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 546593 | Invoice Date | : 2/5/2015 |

**Total Due**  **: $ 0.00**

Remit To: **Henjum Goucher Reporting Services LP**
           **2777 N. Stemmons Freeway**
           **Suite #1025**
           **Dallas, TX  75207**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 546595 | 2/5/2015 | 181646 |
| **Job Date** | **Case No.** | |
| 3/28/2013 | C.A. NO. 5:12CV01930-CLS | |
| **Case Name** | | |
| Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| **Payment Terms** | | |
| 3% Discount if Paid in 30 Days | | |

**Deposition and Litigation Services**
www.hglitigation.com    1-888-656-DEPO (3376)

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

COPY OF VIDEO
  Tennessee Valley Authority Corp Rep.                                698.44

**TOTAL DUE >>>**                  **$698.44**

If you have any questions on this invoice, please email billing@hglitigation.com.

You agree to pay all undisputed invoices within 30 days. We reserve the right to assess a 1.5% per month finance charge for invoices that remain unpaid after 30 days. You also agree to reimburse us for all fees including collection fees, attorney's fees, costs and expenses incurred in the collection of any overdue and unpaid invoices.

Thank you for choosing HG Litigation. We appreciate your business!!

| (-) Payments/Credits: | 698.44 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 75-2912774

Phone: 214-276-7680   Fax:214-276-7699

*Please detach bottom portion and return with payment.*

Jay Stuemke
Simon Greenstone Panatier Bartlett
3232 McKinney Ave., Suite 610
Dallas, TX 75204

| Job No. | : 181646 | BU ID | : DAL-VIDEO |
|---|---|---|---|
| Case No. | : C.A. NO. 5:12CV01930-CLS | | |
| Case Name | : Barbara Bobo v AGCO Corporation f/k/a Allis Chalmers, et al | | |
| Invoice No. | : 546595 | Invoice Date | : 2/5/2015 |
| **Total Due** | **: $ 0.00** | | |

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Henjum Goucher Reporting Services LP**
          **2777 N. Stemmons Freeway**
          **Suite #1025**
          **Dallas, TX 75207**

# INVOICE

To:                                      Make Payable to:

| Jay Stuemke, Esq. | Christina K Decker, RMR, CRR |
| SIMON, GREENSTONE, PANATIER & BARTLETT, PC | Court Reporter |
| 3232 McKinney Avenue, Suite 610 | 3595 Highpoint Road |
| Dallas, Texas | Albertville, Alabama 35950 |
| | (256) 506-0085 |
| | Tax ID:  418216410 |

Date of Invoice:  February 18, 2015

RECD FEB 18 2015

IN THE CASE OF:

Bobo vs. TVA; CV12-S-1930-NE

Realtime and Expedited Trial transcripts                    $2,458.63

Held on February 9-11, 2015

AMOUNT DUE UPON RECEIPT:                                    $2,458.63