FILED

2015 Oct-26  AM 11:56
U.S. DISTRICT COURT
N.D. OF ALABAMA

Exhibit C1

# INVOICE

WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 288680 | 2/27/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.014 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C. - PATHOLOGY PATHOLOGY SLIDES 302 W. DRIVE HICKS BLVD. FLORENCE, AL  35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX  75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Pathology Records/Slides)

| | |
|---|---:|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     RECORD SCANS | 5.00 |
| (TAXABLE  $78.00) | |

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.014     BU ID    :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 288680     Invoice Date :2/27/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 288020 | 2/20/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.003 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| DAVID J. SUGARBAKER, M.D.<br><br>BRIGHAM & WOMEN'S HOSPITAL<br>75 FRANCIS STREET<br>BOSTON, MA 02115 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Portion Not Issued)
        ADMINISTRATION/RESEARCH        25.00
    (TAXABLE $25.00)

| | |
|---|---|
| TOTAL DUE >>> | **$25.00** |
| (-) Payments/Credits: | 25.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.003    BU ID    :1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 288020    Invoice Date :2/20/2012
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 288511 | 2/23/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.013 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C. - BILLING<br>Billing Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 11.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| | | | | |
|---|---|---|---|---|
| Order No. | : 47272.013 | BU ID | :1-MAIN |
| Case No. | : | | |
| Case Name | : Alabama Case (formerly Delaware Case) | | |

| | | | |
|---|---|---|---|
| Invoice No. | : 288511 | Invoice Date | :2/23/2012 |
| **Total Due** | **: $ 0.00** | | |

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 288471 | 2/23/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.012 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C.<br>Medical Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 72.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 72.00  1 | 2.16 |
| RECORD SCANS | 72.00  1 | 25.20 |
| (TAXABLE  $100.36) | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$100.36** |
| **(-) Payments/Credits:** | 100.36 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.012        BU ID        : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 288471          Invoice Date  : 2/23/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date:              Phone#: | |
| Billing Address: | |
| Zip:              Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |



# INVOICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289233 | 3/5/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.007 | 2/10/2012 | |

| Case Name |
|---|
| Alabama Case (formerly Delaware Case) |

| Records Pertaining To |
|---|
| BARBARA JEAN BOBO (DECEASED) |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES<br>Medical Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 35.00 | |
| CUSTODIAN FEE | | 43.36 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 35.00 1 | 1.05 |
| RECORD SCANS | 35.00 1 | 12.25 |
| (TAXABLE $114.66) | | |

| TOTAL DUE >>> | **$114.66** |
|---|---|
| (-) Payments/Credits: | 114.66 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.007        BU ID        : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 289233           Invoice Date : 3/5/2012
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289347 | 3/6/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.015 | 2/16/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - RADIOLOGY<br>RADIOLOGY DEPARTMENT<br>75 FRANCIS STREET<br>BOSTON, MA 02115 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Films Pertaining To:

BARBARA JEAN BOBO (DECEASED) (Radiology Films)        5.00

| | | |
|---|---|---|
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - PRIORITY | | 34.95 |
| OCR | 5.00  1 | 0.15 |
| RECORD SCANS | | 5.00 |

(TAXABLE  $113.10)

| | |
|---|---|
| **TOTAL DUE >>>** | **$113.10** |
| **(-) Payments/Credits:** | 113.10 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.015        BU ID        : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 289347        Invoice Date  : 3/6/2012
**Total Due  : $ 0.00**

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289398 | 3/6/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.016 | 2/16/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL AND ECM EAST DIAGNOSTIC & REHAB CENTER-RADIOLOGY RADIOLOGY DEPARTMENT 205 MARENGO STREET FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Films Pertaining To:
  BARBARA JEAN BOBO (DECEASED) (Radiology Films)

| | |
|---|---:|
| CUSTODIAN FEE | 132.25 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| OVERNIGHT - PRIORITY | 34.95 |
| RECORD SCANS | 5.00 |

(TAXABLE $230.20)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$230.20** |
| **(-) Payments/Credits:** | 230.20 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.016      BU ID      : 1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 289398          Invoice Date : 3/6/2012
**Total Due : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289358 | 3/6/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.005 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - BILLING PATIENT ACCOUNTS/ATTORNEY BILLING 529 MAIN STREET, STE 410 CHARLESTOWN, MA 02129-1141 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)       8.00

      CUSTODIAN FEE       15.00
      AUTHORIZATION       40.00
      OUT OF COUNTY FEE       18.00
      RECORD SCANS       5.00
    (TAXABLE $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.005    BU ID : 1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 289358    Invoice Date : 3/6/2012
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**    AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:      Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
    **Attn: Hayley Groshon/972-488-5555 x223**
    **1750 Valley View Lane, Suite 210**
    **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289591 | 3/6/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.012 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C.<br>Medical Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)     72.00  2
        Review of Records 50+ pg                                     25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.012      BU ID     :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 289591         Invoice Date : 3/6/2012
**Total Due** : **$ 0.00**

### PAYMENT WITH CREDIT CARD    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289440 | 3/7/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.018 | 2/22/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| J. C. PENNEY CO.<br>HUMAN RESOURCES<br>6501 LEGACY DRIVE<br>PLANO, TX 75024 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Portion Not Issued)
        ADMINISTRATION/RESEARCH               25.00
    (TAXABLE  $25.00)

|  |  |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.018      BU ID     : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 289440         Invoice Date  :3/7/2012
**Total Due  : $ 0.00**

| **PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA |
|---|
| Cardholder's Name: |
| Card Number: |
| Exp. Date:            Phone#: |
| Billing Address: |
| Zip:       Card Security Code: |
| Amount to Charge: |
| Cardholder's Signature: |

Remit To:  **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289829 | 3/9/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.008 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES - BILLING<br>Billing Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 4.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.008        BU ID      : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 289829          Invoice Date : 3/9/2012
**Total Due : $ 0.00**

## PAYMENT WITH CREDIT CARD            AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE

此处为logo

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289799 | 3/9/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.009 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 89.00 | |
| CUSTODIAN FEE | | 74.75 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 89.00  1 | 2.67 |
| RECORD SCANS | 89.00  1 | 31.15 |
| (TAXABLE  $166.57) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$166.57** |
| **(-) Payments/Credits:** | 166.57 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.009      BU ID      : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 289799           Invoice Date  : 3/9/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 289989 | 3/13/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.017 | 2/16/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C. - RADIOLOGY RADIOLOGY FILMS 302 W. DRIVE HICKS BLVD. FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:

BARBARA JEAN BOBO (DECEASED) (Radiology Films)

| | |
|---|---:|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| OVERNIGHT - PRIORITY | 32.95 |
| RECORD SCANS | 5.00 |

(TAXABLE $110.95)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$110.95** |
| **(-) Payments/Credits:** | 110.95 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    : 47272.017        BU ID        : 1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 289989                    Invoice Date  : 3/13/2012
**Total Due   : $ 0.00**

**PAYMENT WITH CREDIT CARD**        AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 290045 | 3/14/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.010 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL AND ECM EAST DIAGNOSTIC & REHAB CENTER - BILLING BUSINESS OFFICE DEPARTMENT 2111 CLOYD BLVD. FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 17.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | 17.00  1 | 5.95 |
| (TAXABLE  $78.95) | | |

| | |
|---|---|
| TOTAL DUE >>> | **$78.95** |
| (-) Payments/Credits: | 78.95 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| | | | | |
|---|---|---|---|---|
| Order No. | : 47272.010 | BU ID | :1-MAIN | |
| Case No. | : | | | |
| Case Name | : Alabama Case (formerly Delaware Case) | | | |
| | | | | |
| Invoice No. | : 290045 | | Invoice Date | :3/14/2012 |
| **Total Due** | : **$ 0.00** | | | |

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 290048 | 3/14/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.021 | 3/1/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOUTHERN DIAGNOSTIC LABORATORIES - BILLING<br>BILLING DEPARTMENT<br>2732 7TH AVENUE S<br>BIRMINGHAM, AL 35233 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)        13.00

| | |
|---|---|
| CUSTODIAN FEE | 28.75 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $91.75)

| | |
|---|---|
| **TOTAL DUE >>>** | **$91.75** |
| **(-) Payments/Credits:** | 91.75 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.021      BU ID      : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 290048          Invoice Date  :3/14/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 290312 | 3/16/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.019 | 3/1/2012 | |

| Case Name | | |
|---|---|---|
| Alabama Case (formerly Delaware Case) | | |

| Records Pertaining To | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC<br>Medical Records<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films) | 6.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 6.00  1 | 0.18 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $78.18) | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$78.18** |
| **(-) Payments/Credits:** | 78.18 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.019      BU ID      : 1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 290312          Invoice Date : 3/16/2012
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 290749 | 3/20/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.028 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| RANEL BIVENS SPENCE, M.D. (RETIRED)<br><br>FLORENCE, AL | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Portion Not Issued)
        ADMINISTRATION/RESEARCH        25.00
    (TAXABLE  $25.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.028     BU ID    : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 290749       Invoice Date  : 3/20/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:       Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 290750 | 3/20/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.029 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| REGIONALCARE HOSPITAL PARTNERS<br><br>BRENTWOOD, TN | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Portion Not Issued)

        ADMINISTRATION/RESEARCH          25.00

    (TAXABLE $25.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.029     BU ID    :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 290750           Invoice Date  :3/20/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**



**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 291371 | 3/26/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.019 | 3/1/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC<br>Medical Records<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films)     6.00  0

        Review of Recs/Research                                      25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.019       BU ID      : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 291371          Invoice Date  : 3/26/2012
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX   MasterCard   VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 291390 | 3/26/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.007 | 2/10/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES<br>Medical Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
 BARBARA JEAN BOBO (DECEASED) (Medical Records)    35.00  0
  Review of Recs/Research                                                    25.00

**TOTAL DUE >>>**                    **$25.00**

**(-) Payments/Credits:**           25.00
**(+) Finance Charges/Debits:**      0.00

**(=) New Balance:**                 **0.00**

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.007      BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 291390              Invoice Date : 3/26/2012
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 291418 | 3/26/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.009 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)    89.00 2
        Review of Records 50+ pg          2.00 2        50.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$50.00** |
| **(-) Payments/Credits:** | 50.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.009     BU ID     :1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 291418     Invoice Date  :3/26/2012
**Total Due  : $ 0.00**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____   Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 291699 | 3/28/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.002 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOCIAL SECURITY ADMINISTRATION CENTER FOR DISABILITY ATLANTA REGION - FLORENCE, AL FO 203 SOUTH WALNUT ST. FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Disability)

| | |
|---|---|
|     CUSTODIAN FEE | 47.04 |
|     AUTHORIZATION | 40.00 |
|     (TAXABLE  $87.04) | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$87.04** |

Pursuant to your instructions this request has been cancelled.

| | |
|---|---|
| **(-) Payments/Credits:** | 87.04 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.002    BU ID    : 1-MAIN
Case No.   :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No.  : 291699        Invoice Date : 3/28/2012
**Total Due   : $ 0.00**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 292600 | 4/9/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.011 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL - PATHOLOGY<br>PATHOLOGY DEPARTMENT<br>205 MARENGO STREET, P.O. BOX 818<br>FLORENCE, 35631-0818 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Pathology Slides/Records - SEG)    2.00

| | | |
|---|---|---|
| CUSTODIAN FEE | | 402.50 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - STANDARD | 2.00  0 | 39.90 |
| OCR | 2.00  1 | 0.06 |
| RECORD SCANS | | 5.00 |

(TAXABLE $505.46)

| | |
|---|---|
| **TOTAL DUE >>>** | **$505.46** |
| **(-) Payments/Credits:** | 505.46 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.011    BU ID    : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 292600     Invoice Date :4/9/2012
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA

Cardholder's Name:

Card Number:

Exp. Date:         Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 292601 | 4/9/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.006 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - PATHOLOGY PATHOLOGY DEPARTMENT/LEGAL - CHERYL 75 FRANCIS STREET BOSTON, MA 02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Pathology Records/Slides)     2.00

|  |  |  |
|---|---|---|
| CUSTODIAN FEE | | 185.15 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| OCR | 2.00  1 | 0.06 |
| RECORD SCANS | | 5.00 |

(TAXABLE  $268.16)

| TOTAL DUE  >>> | $268.16 |
|---|---|
| **(-) Payments/Credits:** | 268.16 |
| **(+) Finance Charges/Debits:** | 0.00 |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    :   47272.006      BU ID     : 1-MAIN
Case No.     :
Case Name   :   Alabama Case (formerly Delaware Case)

Invoice No.   :   292601         Invoice Date   : 4/9/2012
**Total Due   :   $ 0.00**

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

## PAYMENT WITH CREDIT CARD    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 293030 | 4/13/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.020 | 3/1/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC - BILLING<br>BILLING DEPARTMENT<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 1.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

|  | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.020    BU ID    :1-MAIN

Case No. :

Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 293030     Invoice Date :4/13/2012

**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 293374 | 4/16/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.006 | 2/3/2012 | |

| **Case Name** | | |
|---|---|---|
| Alabama Case (formerly Delaware Case) | | |

| **Records Pertaining To** | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| **Records From** | **Ordered By** | **Reference Info.** |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - PATHOLOGY PATHOLOGY DEPARTMENT/LEGAL - CHERYL 75 FRANCIS STREET BOSTON, MA 02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Pathology Records/Slides)       2.00  0
            Review of Recs/Research                                              25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    : 47272.006        BU ID     : 1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 293374           Invoice Date : 4/16/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 293375 | 4/16/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.011 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL - PATHOLOGY PATHOLOGY DEPARTMENT 205 MARENGO STREET, P.O. BOX 818 FLORENCE, 35631-0818 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Pathology Slides/Records - SEG)    2.00  0
        Review of Recs/Research                                     25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.011    BU ID    :1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 293375     Invoice Date  :4/16/2012
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 294956 | 5/4/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.025 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY SURGICAL GROUP, P.C. - BILLING<br>Billing Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Billing Records)        2.00

| | |
|---|---:|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.025     BU ID    :1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 294956       Invoice Date  :5/4/2012
**Total Due  : $ 0.00**

### PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
      **Attn: Hayley Groshon/972-488-5555 x223**
      **1750 Valley View Lane, Suite 210**
      **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 295529 | 5/10/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.024 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY SURGICAL GROUP, P.C.<br>Medical Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films)    11.00  0
        Review of Recs/Research

|  | |
|---|---|
| | 25.00 |
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.024    BU ID   :1-MAIN
Case No.   :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No.  : 295529       Invoice Date : 5/10/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
       **Attn: Hayley Groshon/972-488-5555 x223**
       **1750 Valley View Lane, Suite 210**
       **Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 294025 | 4/24/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.024 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY SURGICAL GROUP, P.C.<br>Medical Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films) | 11.00 | |
| CUSTODIAN FEE | | 37.95 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 11.00  1 | 0.33 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $101.28) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$101.28** |
| **(-) Payments/Credits:** | 101.28 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.024       BU ID      : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 294025           Invoice Date : 4/24/2012
**Total Due : $ 0.00**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX  75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 295806 | 5/16/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.022 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| EDWARD F. CROCKETT, III, M.D.<br>Medical Records<br>CLOVERDALE ROAD FAMILY MEDICAL<br>CENTER<br>3502 CLOVERDALE ROAD<br>FLORENCE, AL 35633 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records and Films Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films) | 49.00 | |
| CUSTODIAN FEE | | 67.21 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| X-RAYS ON CD | 2.00  1 | 26.00 |
| OCR | 49.00  1 | 1.47 |
| RECORD SCANS | 49.00  1 | 17.15 |
| (TAXABLE  $189.78) | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$189.78** |
| **(-) Payments/Credits:** | 189.78 |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    :  47272.022       BU ID       : 1-MAIN
Case No.    :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  295806          Invoice Date  : 5/16/2012
**Total Due  :  $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

### PAYMENT WITH CREDIT CARD

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 296938 | 5/30/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.023 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| **Records From** | **Ordered By** | **Reference Info.** |
|---|---|---|
| EDWARD F. CROCKETT, III, M.D. - BILLING<br>Billing Records<br>CLOVERDALE ROAD FAMILY MEDICAL<br>CENTER<br>3502 CLOVERDALE ROAD<br>FLORENCE, AL 35633 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)      7.00

        CUSTODIAN FEE                                 15.00
        AUTHORIZATION                              40.00
        OUT OF COUNTY FEE                        18.00
        RECORD SCANS                                5.00
    (TAXABLE $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.023      BU ID     : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 296938         Invoice Date  :5/30/2012
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To:  **Written Deposition Service, LLC**
            **Attn: Hayley Groshon/972-488-5555 x223**
            **1750 Valley View Lane, Suite 210**
            **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 297182 | 6/1/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.001 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOCIAL SECURITY ADMINISTRATION - EARNINGS<br>CENTRAL RECORDS<br>P.O. BOX 33003<br>BALTIMORE, MD 21290-3003 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
  BARBARA JEAN BOBO (DECEASED) (Social Security)        2.00
        CUSTODIAN FEE                                                124.20
        AUTHORIZATION                                                 40.00
        OUT OF COUNTY FEE                                             18.00
        RECORD SCANS                                                   5.00
  (TAXABLE  $187.20)

| | |
|---|---|
| **TOTAL DUE >>>** | **$187.20** |
| **(-) Payments/Credits:** | 187.20 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.001        BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 297182          Invoice Date : 6/1/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX  MasterCard  VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____     Phone#: _____
Billing Address: _____
Zip: _____   Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 297362 | 6/1/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.022 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| EDWARD F. CROCKETT, III, M.D.<br>Medical Records<br>CLOVERDALE ROAD FAMILY MEDICAL CENTER<br>3502 CLOVERDALE ROAD<br>FLORENCE, AL 35633 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films)    49.00  0
        Review of Recs/Research                                        25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.022    BU ID   :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 297362      Invoice Date :6/1/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
       **Attn: Hayley Groshon/972-488-5555 x223**
       **1750 Valley View Lane, Suite 210**
       **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 297310 | 6/5/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.004 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL MEDICAL RECORDS - CORRESPONDENCE/REVIEW 75 FRANCIS STREET BOSTON, MA 02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 235.00 | |
| CUSTODIAN FEE | | 172.50 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - STANDARD | | 19.95 |
| OCR | 235.00 1 | 7.05 |
| RECORD SCANS | 235.00 1 | 82.25 |
| (TAXABLE $339.75) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$339.75** |
| **(-) Payments/Credits:** | 339.75 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.004        BU ID        :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 297310             Invoice Date :6/5/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 298960 | 6/19/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.004 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL MEDICAL RECORDS - CORRESPONDENCE/REVIEW 75 FRANCIS STREET BOSTON, MA  02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX  75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Review of Records Pertaining To:

| | | | |
|---|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 235.00 | 2 | |
| Review of Records 50+ pg | 2.25 | 2 | 56.25 |
| Review of Recs/Research | | | 25.00 |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$81.25** |
| **(-) Payments/Credits:** | 81.25 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.  :  47272.004     BU ID     : 1-MAIN
Case No.  :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  298960        Invoice Date  : 6/19/2012
**Total Due  :  $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**     AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 298781 | 6/20/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.026 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FELIX MORRIS, M.D., LLC<br>Medical Records<br>416 N. SEMINARY STREET, STE 2500<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records & Radiology Films)

| | |
|---|---|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     RECORD SCANS | 5.00 |
|     (TAXABLE  $78.00) | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.  : 47272.026    BU ID    : 1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 298781    Invoice Date  : 6/20/2012
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
    **Attn: Hayley Groshon/972-488-5555 x223**
    **1750 Valley View Lane, Suite 210**
    **Dallas, TX  75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 299972 | 6/28/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.031 | 5/30/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| **Records From** | **Ordered By** | **Reference Info.** |
|---|---|---|
| J. C. PENNEY CORPORATION, INC.<br>HUMAN RESOURCES<br>C/O CT CORPORATION SYSTEM<br>1999 BRYAN STREET, STE 900<br>Dallas, TX  75201 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Employment and Payroll Records)

|  |  |
|---|---:|
| AUTHORIZATION | 40.00 |
| CERTIFIED MAIL | 8.95 |
| (TAXABLE  $48.95) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$48.95** |

Pursuant to your instructions this request has been cancelled.

| | |
|---|---:|
| **(-) Payments/Credits:** | 48.95 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.031        BU ID        : 1-MAIN
Case No.     :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No.  : 299972             Invoice Date  : 6/28/2012
**Total Due  :  $ 0.00**

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX  75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



WRITTEN
DEPOSITION
SERVICE

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 300349 | 7/5/2012 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.027 | 3/13/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FELIX MORRIS, M.D., LLC - BILLING<br>Billing Records<br>416 N. SEMINARY STREET, STE 2500<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 2.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.027        BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 300349            Invoice Date  : 7/5/2012
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
  **Attn: Hayley Groshon/972-488-5555 x223**
  **1750 Valley View Lane, Suite 210**
  **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 327249 | 4/22/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.034 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Billing Questions?
(800) 346-4495 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES<br>Medical Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 18.00 | |
|     CUSTODIAN FEE | | 26.45 |
|     AUTHORIZATION | | 40.00 |
|     OUT OF COUNTY FEE | | 18.00 |
|     OCR | 18.00  1 | 0.54 |
|     RECORD SCANS | 18.00  1 | 6.30 |
| (TAXABLE  $91.29) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$91.29** |
| **(-) Payments/Credits:** | 91.29 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.034    BU ID  : 1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 327249    Invoice Date  : 4/22/2013
**Total Due  : $ 0.00**

### PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 327667 | 4/26/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.037 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL AND ECM EAST DIAGNOSTIC & REHAB CENTER - BILLING BUSINESS OFFICE DEPARTMENT 2111 CLOYD BLVD. FLORENCE, AL  35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX  75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 8.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    :  47272.037        BU ID        : 1-MAIN
Case No.    :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  327667            Invoice Date  : 4/26/2013
**Total Due**  :  **$ 0.00**

Remit To:  **Written Deposition Service, LLC**
　　　　　**Attn: Hayley Groshon/972-488-5555 x223**
　　　　　**1750 Valley View Lane, Suite 210**
　　　　　**Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____   Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 328014 | 4/29/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.012 | 2/3/2012 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

WRITTEN
DEPOSITION
SERVICE

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C.<br>Medical Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:

   BARBARA JEAN BOBO (DECEASED) (Medical Records)          72.00  0

   Review of Recs/Research                                                      25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.     : 47272.012          BU ID          :1-MAIN
Case No.      :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 328014          Invoice Date  :4/29/2013
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
              **Attn: Hayley Groshon/972-488-5555 x223**
              **1750 Valley View Lane, Suite 210**
              **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                        Phone#:
Billing Address:
Zip:                 Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 328370 | 5/2/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.034 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES<br>Medical Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)      18.00  0
        Review of Recs/Research                                                   25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.034      BU ID      :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 328370            Invoice Date  :5/2/2013
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
            **Attn: Hayley Groshon/972-488-5555 x223**
            **1750 Valley View Lane, Suite 210**
            **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 328255 | 5/3/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.033 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - BILLING PATIENT ACCOUNTS/ATTORNEY BILLING 529 MAIN STREET, STE 410 CHARLESTOWN, MA 02129-1141 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 33.00 | |
| CUSTODIAN FEE | | 23.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | 33.00  1 | 11.55 |
| (TAXABLE  $92.55) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$92.55** |
| **(-) Payments/Credits:** | 92.55 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    : 47272.033        BU ID        :1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 328255        Invoice Date :5/3/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 326841 | 4/17/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.039 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C. - BILLING<br>Billing Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Billing Records)

|  |  |
|---|---|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.039    BU ID  : 1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 326841    Invoice Date : 4/17/2013
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
    **Attn: Hayley Groshon/972-488-5555 x223**
    **1750 Valley View Lane, Suite 210**
    **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**  AMEX MasterCard VISA

Cardholder's Name:
Card Number:
Exp. Date:    Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature: