Exhibit C2

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 327079 | 4/18/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.035 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES - BILLING<br>Billing Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---|
|         CUSTODIAN FEE | 15.00 |
|         AUTHORIZATION | 40.00 |
|         OUT OF COUNTY FEE | 18.00 |
|         RECORD SCANS | 5.00 |
|     (TAXABLE $78.00) | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.035     BU ID     : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 327079       Invoice Date  : 4/18/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
      **Attn: Hayley Groshon/972-488-5555 x223**
      **1750 Valley View Lane, Suite 210**
      **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

WRITTEN
DEPOSITION
SERVICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329850 | 5/20/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.047 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FELIX MORRIS, M.D., LLC - BILLING<br>Billing Records<br>416 N. SEMINARY STREET, STE 2500<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---:|
|         CUSTODIAN FEE | 15.00 |
|         AUTHORIZATION | 40.00 |
|         OUT OF COUNTY FEE | 18.00 |
|         RECORD SCANS | 5.00 |

(TAXABLE  $78.00)

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.047     BU ID     : 1-MAIN
Case No.     :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No.  : 329850            Invoice Date : 5/20/2013
**Total Due   : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MASTERCARD | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX  75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 330031 | 5/22/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.038 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |

| **Records Pertaining To** |
|---|
| BARBARA JEAN BOBO (DECEASED) |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHWEST ALABAMA CANCER CENTER, P.C.<br>Medical Records<br>302 W. DRIVE HICKS BLVD.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)

| | |
|---|---:|
|       CUSTODIAN FEE | 15.00 |
|       AUTHORIZATION | 40.00 |
|       OUT OF COUNTY FEE | 18.00 |
|       RECORD SCANS | 5.00 |
|     (TAXABLE $78.00) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.038    BU ID    : 1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 330031    Invoice Date  : 5/22/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
      **Attn: Hayley Groshon/972-488-5555 x223**
      **1750 Valley View Lane, Suite 210**
      **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 328556 | 5/7/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.036 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 60.00 | |
| CUSTODIAN FEE | | 74.75 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 60.00  1 | 1.80 |
| RECORD SCANS | 60.00  1 | 21.00 |
| (TAXABLE  $155.55) | | |

| TOTAL DUE >>> | **$155.55** |
|---|---|
| (-) Payments/Credits: | 155.55 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.036      BU ID      : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 328556          Invoice Date : 5/7/2013
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**     AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329025 | 5/13/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.042 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOUTHERN DIAGNOSTIC LABORATORIES - BILLING<br>BILLING<br>BILLING DEPARTMENT<br>2732 7TH AVENUE S<br>BIRMINGHAM, AL  35233 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 14.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.042        BU ID        :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 329025              Invoice Date :5/13/2013
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX  75234**

## PAYMENT WITH CREDIT CARD      AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329071 | 5/14/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.045 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY SURGICAL GROUP, P.C.<br>Medical Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 4.00 | |
| CUSTODIAN FEE | | 28.36 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 4.00  1 | 0.12 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $91.48) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$91.48** |
| **(-) Payments/Credits:** | 91.48 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.045        BU ID        : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 329071          Invoice Date : 5/14/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name:

Card Number:

Exp. Date:                          Phone#:

Billing Address:

Zip:                 Card Security Code:

Amount to Charge:

Cardholder's Signature:

# INVOICE

WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329249 | 5/15/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.044 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| EDWARD F. CROCKETT, III, M.D. - BILLING Billing Records CLOVERDALE ROAD FAMILY MEDICAL CENTER 3502 CLOVERDALE ROAD FLORENCE, AL  35633 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX  75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---:|
|      CUSTODIAN FEE | 15.00 |
|      AUTHORIZATION | 40.00 |
|      OUT OF COUNTY FEE | 18.00 |
|      RECORD SCANS | 5.00 |
|     (TAXABLE  $78.00) | |

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.044     BU ID     : 1-MAIN
Case No.     :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No.   : 329249        Invoice Date   : 5/15/2013
**Total Due   : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:               Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329248 | 5/15/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.043 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| EDWARD F. CROCKETT, III, M.D.<br>Medical Records<br>CLOVERDALE ROAD FAMILY MEDICAL CENTER<br>3502 CLOVERDALE ROAD<br>FLORENCE, AL 35633 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
   BARBARA JEAN BOBO (DECEASED) (Medical Records)

|  |  |
|---|---|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.043      BU ID      : 1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 329248         Invoice Date : 5/15/2013
**Total Due : $ 0.00**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
   **Attn: Hayley Groshon/972-488-5555 x223**
   **1750 Valley View Lane, Suite 210**
   **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 329738 | 5/17/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.036 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)      60.00  2
        Review of Records 50+ pg                           25.00
        Review of Recs/Research                          25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$50.00** |
| **(-) Payments/Credits:** | 50.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.036      BU ID     :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 329738        Invoice Date  :5/17/2013
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

**Remit To:** **Written Deposition Service, LLC**
      **Attn: Hayley Groshon/972-488-5555 x223**
      **1750 Valley View Lane, Suite 210**
      **Dallas, TX 75234**

# INVOICE

<table>
<tr><td><strong>Invoice No.</strong></td><td><strong>Invoice Date</strong></td><td><strong>Payment Terms</strong></td></tr>
<tr><td>329727</td><td>5/17/2013</td><td></td></tr>
<tr><td><strong>Order No.</strong></td><td><strong>Order Date</strong></td><td><strong>Case No.</strong></td></tr>
<tr><td>47272.045</td><td>4/4/2013</td><td></td></tr>
</table>

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| **Case Name** |
| --- |
| Alabama Case (formerly Delaware Case) |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| **Records Pertaining To** |
| --- |
| BARBARA JEAN BOBO (DECEASED) |

| Records From | Ordered By | Reference Info. |
| --- | --- | --- |
| TENNESSEE VALLEY SURGICAL GROUP, P.C.<br>Medical Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Medical Records)      4.00  0

        Review of Recs/Research           25.00

| | |
| --- | --- |
| **TOTAL DUE >>>** | **$25.00** |
| (-) Payments/Credits: | 25.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.045      BU ID   : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 329727      Invoice Date : 5/17/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
| --- | --- |

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 330467 | 5/28/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.040 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC<br>Medical Records<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)      1.00

| | |
|---|---:|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     OCR | 0.03 |
|     RECORD SCANS | 5.00 |
| (TAXABLE $78.03) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.03** |
| **(-) Payments/Credits:** | 78.03 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.040    BU ID   : 1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 330467      Invoice Date : 5/28/2013
**Total Due  : $ 0.00**

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:          Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 334021 | 7/9/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.041 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC - BILLING BILLING DEPARTMENT 416 N. SEMINARY STREET, STE 3100 FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 1.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.041     BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 334021          Invoice Date : 7/9/2013
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**      AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 336679 | 8/9/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.053 | 7/17/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC - BILLING<br>BILLING DEPARTMENT<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
   BARBARA JEAN BOBO (DECEASED) (Billing Records)

|  |  |
|---|---:|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE  $78.00)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.053        BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 336679              Invoice Date : 8/9/2013
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 338260 | 8/26/2013 | |
| Order No. | Order Date | Case No. |
| 47272.052 | 7/17/2013 | |

| Case Name |
|---|
| Alabama Case (formerly Delaware Case) |

| Records Pertaining To |
|---|
| BARBARA JEAN BOBO (DECEASED) |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY GASTROENTEROLOGY, LLC<br>Medical Records<br>416 N. SEMINARY STREET, STE 3100<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
  BARBARA JEAN BOBO (DECEASED) (Medical Records)

| | |
|---|---|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.052        BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No.  : 338260        Invoice Date : 8/26/2013
**Total Due  : $ 0.00**

## PAYMENT WITH CREDIT CARD    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 338261 | 8/26/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.049 | 7/17/2013 | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| **Case Name** | | |
|---|---|---|
| Alabama Case (formerly Delaware Case) | | |

| **Records Pertaining To** | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| FAMILY PRACTICE ASSOCIATES<br>Medical Records<br>727 COX CREEK PKWY.<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
   BARBARA JEAN BOBO (DECEASED) (Medical Records)

| | |
|---|---:|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     RECORD SCANS | 5.00 |
|   (TAXABLE  $78.00) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.049    BU ID   :1-MAIN
Case No.  :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 338261    Invoice Date  :8/26/2013
**Total Due  :  $ 0.00**

Remit To: **Written Deposition Service, LLC**
    **Attn: Hayley Groshon/972-488-5555 x223**
    **1750 Valley View Lane, Suite 210**
    **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:         Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**WRITTEN DEPOSITION SERVICE**

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 338219 | 8/26/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.032 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL MEDICAL RECORDS - CORRESPONDENCE/REVIEW 75 FRANCIS STREET BOSTON, MA 02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 936.00 | |
| CUSTODIAN FEE | | 464.49 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 936.00 1 | 28.08 |
| RECORD SCANS | 936.00 1 | 327.60 |
| (TAXABLE  $878.17) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$878.17** |
| **(-) Payments/Credits:** | 878.17 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.032     BU ID     : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 338219        Invoice Date : 8/26/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 338262 | 8/26/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.048 | 7/17/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL - BILLING PATIENT ACCOUNTS/ATTORNEY BILLING 529 MAIN STREET, STE 410 CHARLESTOWN, MA 02129-1141 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     RECORD SCANS | 5.00 |
|     (TAXABLE $78.00) | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.048    BU ID    :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 338262      Invoice Date :8/26/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
    **Attn: Hayley Groshon/972-488-5555 x223**
    **1750 Valley View Lane, Suite 210**
    **Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 338414 | 8/28/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.050 | 7/17/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 7.00 | |
|     CUSTODIAN FEE | | 15.00 |
|     AUTHORIZATION | | 40.00 |
|     OUT OF COUNTY FEE | | 18.00 |
|     OCR | 7.00  1 | 0.21 |
|     RECORD SCANS | | 5.00 |
| (TAXABLE  $78.21) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.21** |
| **(-) Payments/Credits:** | 78.21 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   :  47272.050          BU ID        : 1-MAIN
Case No.    :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  338414          Invoice Date  : 8/28/2013
**Total Due  :  $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: _____ Phone#: | |
| Billing Address: | |
| Zip: _____ Card Security Code: | |
| Amount to Charge: | |
| Cardholder's Signature: | |

Remit To:  **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

# I N V O I C E

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 337418 | 8/19/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.046 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| TENNESSEE VALLEY SURGICAL GROUP, P.C. - BILLING<br>Billing Records<br>2115 CLOYD BLVD, STE 8<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---:|
|     CUSTODIAN FEE | 41.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     RECORD SCANS | 5.00 |
|     (TAXABLE  $104.00) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$104.00** |
| **(-) Payments/Credits:** | 104.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.046    BU ID    : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 337418       Invoice Date  : 8/19/2013
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:      Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 336873 | 8/12/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.051 | 7/17/2013 | |

| Case Name |
|---|
| Alabama Case (formerly Delaware Case) |

| Records Pertaining To |
|---|
| BARBARA JEAN BOBO (DECEASED) |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL AND ECM EAST DIAGNOSTIC & REHAB CENTER - BILLING<br>BUSINESS OFFICE DEPARTMENT<br>2111 CLOYD BLVD.<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---:|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 1.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE  $78.00) | | |

| | |
|---|---:|
| **TOTAL DUE  >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.  :  47272.051        BU ID        : 1-MAIN
Case No.   :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  336873              Invoice Date  : 8/12/2013
**Total Due  :  $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____  Phone#: _____

Billing Address: _____

Zip: _____  Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature:

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 339991 | 9/13/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.054 | 7/17/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SOUTHERN DIAGNOSTIC LABORATORIES - BILLING<br>BILLING DEPARTMENT<br>2732 7TH AVENUE S<br>BIRMINGHAM, AL 35233 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
  BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---:|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.054       BU ID       : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 339991          Invoice Date : 9/13/2013
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**      AMEX   MasterCard   VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____    Phone#: _____
Billing Address: _____
Zip: _____    Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 348681 | 12/19/2013 | |
| Order No. | Order Date | Case No. |
| 47272.056 | 9/30/2013 | |
| Case Name | | |
| Alabama Case (formerly Delaware Case) | | |
| Records Pertaining To | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SPAULDING HOSPITAL CAMBRIDGE - BILLING<br>Billing Records<br>1575 CAMBRIDGE STREET<br>CAMBRIDGE, MA 02138 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

    BARBARA JEAN BOBO (DECEASED) (Billing Records)       9.00

        CUSTODIAN FEE                                   15.00

        AUTHORIZATION                                 40.00

        OUT OF COUNTY FEE                          18.00

        RECORD SCANS                                  5.00

    (TAXABLE $78.00)

| | |
|---|---|
| TOTAL DUE >>> | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.056     BU ID     :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 348681       Invoice Date  :12/19/2013
**Total Due**  : **$ 0.00**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:           Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX 75234**

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 348694 | 12/19/2013 | |

| Order No. | Order Date | Case No. |
|---|---|---|
| 47272.061 | 11/21/2013 | |

| Case Name | | |
|---|---|---|
| Alabama Case (formerly Delaware Case) | | |

| Records Pertaining To | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) | | |

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL AND ECM EAST DIAGNOSTIC & REHAB CENTER - BILLING BUSINESS OFFICE DEPARTMENT 2111 CLOYD BLVD. FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 11.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| TOTAL DUE >>> | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.061       BU ID       :1-MAIN
Case No.   :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 348694          Invoice Date :12/19/2013
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name: _____

Card Number: _____

Exp. Date: _____ Phone#: _____

Billing Address: _____

Zip: _____ Card Security Code: _____

Amount to Charge: _____

Cardholder's Signature: _____

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 341498 | 10/1/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.050 | 7/17/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL  35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)     7.00  0
        Review of Recs/Research                                       25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.050       BU ID     : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 341498           Invoice Date  : 10/1/2013
**Total Due  : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX  75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 342070 | 10/3/2013 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.032 | 4/4/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| BRIGHAM & WOMEN'S HOSPITAL MEDICAL RECORDS - CORRESPONDENCE/REVIEW 75 FRANCIS STREET BOSTON, MA 02115 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Review of Records Pertaining To:

BARBARA JEAN BOBO (DECEASED) (Medical Records)     936.00  2

Review of Records 50+ pg     10.00  2     250.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$250.00** |
| **(-) Payments/Credits:** | 250.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.032     BU ID     : 1-MAIN
Case No.   :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No.   : 342070     Invoice Date  : 10/3/2013
**Total Due   : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|

Cardholder's Name:

Card Number:

Exp. Date:     Phone#:

Billing Address:

Zip:     Card Security Code:

Amount to Charge:

Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**

# INVOICE



WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 123 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 350202 | 1/9/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.059 | 11/21/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GREENVIEW MEMORIAL CHAPEL FUNERAL RECORDS 3657 OLD CHISOLM ROAD FLORENCE, AL 35633 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:

| | | | |
|---|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Funeral Records) | 3.00 | | |
| CUSTODIAN FEE | | | 15.00 |
| AUTHORIZATION | | | 40.00 |
| OUT OF COUNTY FEE | | | 18.00 |
| OCR | 3.00 1 | | 0.09 |
| RECORD SCANS | | | 5.00 |
| (TAXABLE $78.09) | | | |

| | |
|---|---|
| TOTAL DUE >>> | **$78.09** |
| (-) Payments/Credits: | 78.09 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.059      BU ID      : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 350202          Invoice Date : 1/9/2014
**Total Due  : $ 0.00**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE

WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 350481 | 1/13/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.055 | 9/30/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SPAULDING HOSPITAL CAMBRIDGE<br>Medical Records<br>1575 CAMBRIDGE STREET<br>CAMBRIDGE, MA  02138 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 310.00 | |
| CUSTODIAN FEE | | 130.47 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OVERNIGHT - PRIORITY | | 60.00 |
| OCR | 310.00  1 | 9.30 |
| RECORD SCANS | 310.00  1 | 108.50 |
| (TAXABLE  $366.27) | | |

| | |
|---|---|
| **TOTAL DUE  >>>** | **$366.27** |
| (-) Payments/Credits: | 366.27 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.055          BU ID       : 1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 350481              Invoice Date  : 1/13/2014
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 351892 | 1/28/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.057 | 9/30/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SPAULDING HOSPITAL CAMBRIDGE - PATHOLOGY<br>PATHOLOGY DEPARTMENT<br>1575 CAMBRIDGE STREET<br>CAMBRIDGE, MA  02138 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Pathology Records/Slides)

| | |
|---|---:|
|     CUSTODIAN FEE | 15.00 |
|     AUTHORIZATION | 40.00 |
|     OUT OF COUNTY FEE | 18.00 |
|     OVERNIGHT - PRIORITY | 29.95 |
|     RECORD SCANS | 5.00 |
| (TAXABLE  $107.95) | |

| | |
|---|---:|
| **TOTAL DUE >>>** | **$107.95** |
| **(-) Payments/Credits:** | 107.95 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   :  47272.057      BU ID     :1-MAIN
Case No.    :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  351892      Invoice Date :1/28/2014
**Total Due  :  $ 0.00**

## PAYMENT WITH CREDIT CARD   AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
        **Attn: Hayley Groshon/972-488-5555 x223**
        **1750 Valley View Lane, Suite 210**
        **Dallas, TX  75234**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 351743 | 1/24/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.058 | 11/21/2013 | |

| Case Name |
|---|
| Alabama Case (formerly Delaware Case) |

| Records Pertaining To |
|---|
| BARBARA JEAN BOBO (DECEASED) |

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MT. ZION CEMETERY DO NOT USE - SEE LOCATION [ MT ZIO02 ] BURIAL RECORDS 4430 COUNTY ROAD 189 FLORENCE, AL 35633 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Burial Records)
        AUTHORIZATION                       40.00
    (TAXABLE  $40.00)

Pursuant to your instructions this request has been cancelled.

**TOTAL DUE >>>**     **$40.00**

(-) Payments/Credits:     40.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:     **0.00**

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  :  47272.058     BU ID     :1-MAIN
Case No.   :
Case Name  :  Alabama Case (formerly Delaware Case)

Invoice No.  :  351743      Invoice Date  :1/24/2014
**Total Due  :  $ 0.00**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:            Phone#:
Billing Address:
Zip:         Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
           **Attn: Hayley Groshon/972-488-5555 x223**
           **1750 Valley View Lane, Suite 210**
           **Dallas, TX 75234**



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 353722 | 2/14/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.060 | 11/21/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 32.00 | |
| CUSTODIAN FEE | | 41.31 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 32.00  1 | 0.96 |
| RECORD SCANS | 32.00  1 | 11.20 |
| (TAXABLE  $111.47) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$111.47** |
| **(-) Payments/Credits:** | 111.47 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.060     BU ID     :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 353722          Invoice Date :2/14/2014
**Total Due** : **$ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 355426 | 3/6/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.070 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| INMAN PHARMACY - CAMBRIDGE PHARMACIST 1414 CAMBRIDGE STREET CAMBRIDGE, MA 02139 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 1.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.    : 47272.070      BU ID      : 1-MAIN
Case No.     :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 355426              Invoice Date : 3/6/2014
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 355645 | 3/7/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.062 | 1/22/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| MT. ZION CHURCH OF CHRIST<br>BURIAL/MT. ZION CEMETERY RECORDS<br>6900 COUNTY ROAD 61<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Burial Records)

| | |
|---|---:|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE $78.00)

| | |
|---|---:|
| **TOTAL DUE >>>** | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.062     BU ID    : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 355645       Invoice Date  : 3/7/2014
**Total Due  : $ 0.00**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

Remit To: **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**

# INVOICE



Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 354463 | 2/20/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.055 | 9/30/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SPAULDING HOSPITAL CAMBRIDGE<br>Medical Records<br>1575 CAMBRIDGE STREET<br>CAMBRIDGE, MA 02138 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Review of Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 310.00 2 | |
| Review of Records 50+ pg | 4.00 2 | 100.00 |
| | **TOTAL DUE >>>** | **$100.00** |
| | **(-) Payments/Credits:** | 100.00 |
| | **(+) Finance Charges/Debits:** | 0.00 |
| | **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.055        BU ID      : 1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 354463         Invoice Date : 2/20/2014
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 357346 | 3/19/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.060 | 11/21/2013 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| ELIZA COFFEE MEMORIAL HOSPITAL<br>Medical Records<br>205 MARENGO STREET<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)          32.00 0
        Review of Recs/Research                                                      25.00

| | |
|---|---|
| **TOTAL DUE >>>** | **$25.00** |
| **(-) Payments/Credits:** | 25.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.060          BU ID        : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 357346                    Invoice Date : 3/19/2014
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

| **PAYMENT WITH CREDIT CARD** | AMEX MasterCard VISA |
|---|---|

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE

WRITTEN DEPOSITION SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 358353 | 3/27/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.063 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| SPAULDING HOSPITAL CAMBRIDGE HOSPITALISTS - BILLING BILLING RECORDS CUSTODIAN C/O MEDICAL HEALTHCARE SOLUTIONS P.O. BOX 3160 ANDOVER, MA 01810-0803 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 6.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| TOTAL DUE >>> | **$78.00** |
| (-) Payments/Credits: | 78.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.063        BU ID        :1-MAIN
Case No.    :
Case Name   : Alabama Case (formerly Delaware Case)

Invoice No. : 358353              Invoice Date :3/27/2014
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |

# INVOICE

**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 360470 | 4/21/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.067 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CAMBRIDGE HEALTH ALLIANCE - BILLING<br>BILLING DEPARTMENT<br>1493 CAMBRIDGE STREET<br>CAMBRIDGE, MA  02139 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---|
| CUSTODIAN FEE | 15.00 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| RECORD SCANS | 5.00 |

(TAXABLE  $78.00)

| | |
|---|---|
| **TOTAL DUE >>>** | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.    : 47272.067    BU ID    :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 360470      Invoice Date :4/21/2014
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**  AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:    Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To:  **Written Deposition Service, LLC**
             **Attn: Hayley Groshon/972-488-5555 x223**
             **1750 Valley View Lane, Suite 210**
             **Dallas, TX  75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 360540 | 4/21/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.064 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GENTIVA HEALTH SERVICES MEDICAL RECORES 416 N. SEMINARY STREET, STE 1000 FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Medical Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 170.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| OCR | 170.00  1 | 5.10 |
| RECORD SCANS | 170.00  1 | 59.50 |
| (TAXABLE  $137.60) | | |

| | |
|---|---|
| TOTAL DUE >>> | **$137.60** |
| (-) Payments/Credits: | 137.60 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.064        BU ID        :1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 360540            Invoice Date :4/21/2014
**Total Due  : $ 0.00**

**PAYMENT WITH CREDIT CARD**   AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

# INVOICE



**WRITTEN DEPOSITION SERVICE**

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 360836 | 4/23/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.065 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GENTIVA HEALTH SERVICES - BILLING<br>BILLING DEPARTMENT<br>416 N. SEMINARY STREET, STE 1000<br>FLORENCE, AL 35630 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Billing Records) | 2.00 | |
| CUSTODIAN FEE | | 15.00 |
| AUTHORIZATION | | 40.00 |
| OUT OF COUNTY FEE | | 18.00 |
| RECORD SCANS | | 5.00 |
| (TAXABLE $78.00) | | |

| | |
|---|---|
| TOTAL DUE >>> | **$78.00** |
| **(-) Payments/Credits:** | 78.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No. : 47272.065    BU ID    :1-MAIN
Case No. :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 360836      Invoice Date :4/23/2014
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
       **Attn: Hayley Groshon/972-488-5555 x223**
       **1750 Valley View Lane, Suite 210**
       **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**   AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:        Phone#:
Billing Address:
Zip:        Card Security Code:
Amount to Charge:
Cardholder's Signature:



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 361117 | 4/25/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.072 | 4/9/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Billing Questions?
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| NORTHGATE PHARMACY<br>PHARMACY RECORDS<br>3522 CLOVERDALE ROAD<br>FLORENCE, AL 35633 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Billing Records Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)        9.00
        CUSTODIAN FEE                                       34.50
        AUTHORIZATION                                  40.00
        OUT OF COUNTY FEE                        18.00
        RECORD SCANS                                 5.00
    (TAXABLE $97.50)

| | |
|---|---|
| **TOTAL DUE >>>** | **$97.50** |
| **(-) Payments/Credits:** | 97.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **0.00** |

**Tax ID:** 73-1497732

---

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.072       BU ID     : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 361117            Invoice Date  :4/25/2014
**Total Due  : $ 0.00**

Remit To: **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**    AMEX   MasterCard   VISA

Cardholder's Name:
Card Number:
Exp. Date:              Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 361421 | 4/28/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.066 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| CAMBRIDGE HEALTH ALLIANCE<br>Medical Records<br>1493 CAMBRIDGE STREET<br>CAMBRIDGE, MA  02139 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)
        AUTHORIZATION                          40.00
    (TAXABLE  $40.00)

**TOTAL DUE  >>>**    **$40.00**

Pursuant to your instructions this request has been cancelled.

**(-) Payments/Credits:**    40.00
**(+) Finance Charges/Debits:**    0.00
**(=) New Balance:**    **0.00**

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.   : 47272.066      BU ID    : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 361421        Invoice Date  :4/28/2014
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
          **Attn: Hayley Groshon/972-488-5555 x223**
          **1750 Valley View Lane, Suite 210**
          **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**   AMEX MasterCard VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____  Phone#: _____
Billing Address: _____
Zip: _____  Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

# INVOICE



**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 363615 | 5/20/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.064 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| GENTIVA HEALTH SERVICES MEDICAL RECORES 416 N. SEMINARY STREET, STE 1000 FLORENCE, AL 35630 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Review of Records Pertaining To:

| | | |
|---|---|---|
| BARBARA JEAN BOBO (DECEASED) (Medical Records) | 170.00 0 | |
| Review of Recs/Research | | 25.00 |
| Review of Records 50+ pg | 2.00 2 | 50.00 |
| | **TOTAL DUE >>>** | **$75.00** |
| | (-) Payments/Credits: | 75.00 |
| | (+) Finance Charges/Debits: | 0.00 |
| | (=) New Balance: | 0.00 |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.  : 47272.064    BU ID    :1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No. : 363615    Invoice Date :5/20/2014
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

## PAYMENT WITH CREDIT CARD

Cardholder's Name:
Card Number:
Exp. Date:                    Phone#:
Billing Address:
Zip:              Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 362870 | 5/9/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.068 | 2/18/2014 | |

**Billing Questions?**
(800) 346-4405 X 223 or 221

*Hayley@WrittenDeposition.com*

| Case Name |
|---|
| Alabama Case (formerly Delaware Case) |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

| Records Pertaining To |
|---|
| BARBARA JEAN BOBO (DECEASED) |

| Records From | Ordered By | Reference Info. |
|---|---|---|
| PARTNERS HEALTHCARE - SPAULDING REHABILITATION NETWORK<br>Medical Records<br>PRUDENTIAL CENTER<br>800 BOYLSTON STREET, 11TH FLOOR<br>BOSTON, MA  02199 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX  75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Medical Records)
        AUTHORIZATION                 40.00
    (TAXABLE  $40.00)

                   **TOTAL DUE >>>**      **$40.00**

Pursuant to your instructions this request has been cancelled.

    **(-) Payments/Credits:**     40.00
    **(+) Finance Charges/Debits:**   0.00
    **(=) New Balance:**     **0.00**

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX  75204

Order No.  : 47272.068     BU ID    : 1-MAIN
Case No.   :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 362870      Invoice Date  : 5/9/2014
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX  75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____



# INVOICE

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 362871 | 5/9/2014 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.069 | 2/18/2014 | |

<table>
<tr><td colspan="3"><b>Case Name</b></td></tr>
<tr><td colspan="3">Alabama Case (formerly Delaware Case)</td></tr>
<tr><td colspan="3"><b>Records Pertaining To</b></td></tr>
<tr><td colspan="3">BARBARA JEAN BOBO (DECEASED)</td></tr>
</table>

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| PARTNERS HEALTHCARE - SPAULDING REHABILITATION NETWORK - BILLING BILLING DEPARTMENT PRUDENTIAL CENTER 800 BOYLSTON STREET, 11TH FLOOR BOSTON, MA 02199 | Rachel Perkins Simon Greenstone Panatier Bartlett 3232 McKinney, Suite 610 Dallas, TX 75204 | Client Matter No.: Not Provided Claim No.: Insured: D/O/L: |

Request Pertaining To:
    BARBARA JEAN BOBO (DECEASED) (Billing Records)
        AUTHORIZATION                                     40.00
    (TAXABLE $40.00)

                                          **TOTAL DUE >>>**     **$40.00**

Pursuant to your instructions this request has been cancelled.

                             **(-) Payments/Credits:**     40.00
                             **(+) Finance Charges/Debits:**     0.00
                             **(=) New Balance:**     **0.00**

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.069       BU ID      : 1-MAIN
Case No.    :
Case Name  : Alabama Case (formerly Delaware Case)

Invoice No.  : 362871         Invoice Date  :5/9/2014
**Total Due  : $ 0.00**

Remit To:  **Written Deposition Service, LLC**
         **Attn: Hayley Groshon/972-488-5555 x223**
         **1750 Valley View Lane, Suite 210**
         **Dallas, TX 75234**

**PAYMENT WITH CREDIT CARD**    AMEX  MasterCard  VISA

Cardholder's Name:
Card Number:
Exp. Date:             Phone#:
Billing Address:
Zip:          Card Security Code:
Amount to Charge:
Cardholder's Signature:

# INVOICE



WRITTEN
DEPOSITION
SERVICE

Billing Questions?
(800) 346-4405 X 223 or 221

Hayley@WrittenDeposition.com

| Invoice No. | Invoice Date | Payment Terms |
|---|---|---|
| 389026 | 2/13/2015 | |
| **Order No.** | **Order Date** | **Case No.** |
| 47272.071 | 2/18/2014 | |
| **Case Name** | | |
| Alabama Case (formerly Delaware Case) | | |
| **Records Pertaining To** | | |
| BARBARA JEAN BOBO (DECEASED) | | |

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

| Records From | Ordered By | Reference Info. |
|---|---|---|
| QUEST DIAGNOSTICS, INC. - CAMBRIDGE - BILLING<br>Billing Records<br>PO BOX 740639<br>CINCINNATI, OH 45274 | Rachel Perkins<br>Simon Greenstone Panatier Bartlett<br>3232 McKinney, Suite 610<br>Dallas, TX 75204 | Client Matter No.: Not Provided<br>Claim No.:<br>Insured:<br>D/O/L: |

BARBARA JEAN BOBO (DECEASED) (Billing Records)

| | |
|---|---|
| CUSTODIAN FEE | 17.25 |
| AUTHORIZATION | 40.00 |
| OUT OF COUNTY FEE | 18.00 |
| CERTIFIED MAIL | 9.95 |
| RECORD SCANS | 5.00 |

(TAXABLE $90.20)

| | |
|---|---|
| TOTAL DUE >>> | **$90.20** |
| (-) Payments/Credits: | 90.20 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **0.00** |

**Tax ID:** 73-1497732

*Please detach bottom portion and return with payment.*

Rachel Perkins
Simon Greenstone Panatier Bartlett
3232 McKinney, Suite 610
Dallas, TX 75204

Order No.   : 47272.071        BU ID        : 1-MAIN
Case No.    :
Case Name : Alabama Case (formerly Delaware Case)

Invoice No. : 389026         Invoice Date : 2/13/2015
**Total Due : $ 0.00**

Remit To: **Written Deposition Service, LLC**
**Attn: Hayley Groshon/972-488-5555 x223**
**1750 Valley View Lane, Suite 210**
**Dallas, TX 75234**

| PAYMENT WITH CREDIT CARD | AMEX | MasterCard | VISA |
|---|---|---|---|
| Cardholder's Name: | | | |
| Card Number: | | | |
| Exp. Date: | Phone#: | | |
| Billing Address: | | | |
| Zip: | Card Security Code: | | |
| Amount to Charge: | | | |
| Cardholder's Signature: | | | |