# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | |
|---|---|
| **MELISSA ANN BOBO and** **SHARON JEAN COX, as** Co-Personal Representatives of the Estate of Barbara Bobo, deceased, | ) ) ) ) ) |
| Plaintiffs, | ) ) |
| vs. | ) Civil Action No. CV 12-S-1930-NE ) |
| **TENNESSEE VALLEY** **AUTHORITY,** | ) ) ) ) |
| **Defendant.** | ) |

## AMENDED JUDGMENT

This action is before the court on the parties' "Joint Statement Regarding Additional Settlements,"[1] filed October 6, 2015, in which the parties state, "Plaintiffs have informed Defendant that Plaintiffs have reached a settlement with one asbestos bankruptcy trust after February 9, 2015, and that the amount of such additional settlement is $19,412.25."[2] Accordingly, it is **CONSIDERED**, **ORDERED**, and **ADJUDGED** that plaintiffs Melissa Ann Bobo and Shannon Jean Bobo Cox, co-personal representatives of the Estate of Barbara Wear Bobo, deceased, have and recover of defendant, the Tennessee Valley Authority, the amount of Three Million,

---

[1] Doc. no. 220.

[2] *Id.*

Three Hundred Ninety-One Thousand, Four Hundred Twenty and 31/100ths Dollars ($3,391,420.31), representing the aggregate amount of $547,008.93 for medical bills and $3,000,000 for mental anguish, physical pain and suffering, and loss of enjoyment of life endured by plaintiff's decedent, less an offset in the amount of $155,588.62 for settlements with various asbestos trusts, together with interest as allowed by law.

**DONE** and **ORDERED** this 10th day of November, 2015, *nunc pro tunc* September 29, 2015.

_____
United States District Judge