FILED
2017 Jul-21 AM 10:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# NORTHEASTERN DIVISION

| | | |
|---|---|---|
| **MELISSA ANN BOBO and SHANNON JEAN COX, as Co-Personal Representatives of the Estate of Barbara Bobo, deceased,** | ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | Civil Action No. CV 12-S-1930-NE |
| **TENNESSEE VALLEY AUTHORITY,** | ) ) ) | |
| **Defendant.** | ) | |

## ORDER OF DISMISSAL

Pursuant to the parties' Stipulation of Dismissal With Prejudice (doc. no. 232), it is ORDERED that all claims embraced herein are DISMISSED with prejudice. Costs are taxed as paid. The Clerk is directed to close this file.

**DONE** and **ORDERED** this 21st day of July, 2017.

_____
United States District Judge